| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on September 3, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>LAKEVIEW LOAN SERVICING LLC | |
| In Re:<br><br>Pauta, Edna G. Pauta, Jorge L. | Case No:   19-19962 SLM<br><br>Chapter:   13<br><br>Judge:   Stacey L. Meisel |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: September 3, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by  LAKEVIEW LOAN SERVICING LLC        , and regarding   Proof of Claim and exhibits filed on 7/25/2019                                                   , it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*