UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

JORGE L PAUTA
EDNA G FLORES

Order Filed on November 26, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  19-19962 SLM

Hearing Date:  7/10/2019

Judge:  STACEY L. MEISEL

Debtor is Entitled To Discharge

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 26, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):     JORGE L PAUTA
               EDNA G FLORES

Case No.:      19-19962 SLM

Caption of Order:    MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 07/16/2019 is hereby modified as a result of the expiration of the claims bar date and that commencing 06/01/2019 the Debtor shall pay the Standing Trustee the sum of $350.00 for a period of 3 month(s), and then commencing 09/01/2019 the sum of $455.00 for a period of 3 month(s) and then commencing 12/01/2019 the sum of $464.00 for a period of 30 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                            Case No. 19-19962-SLM
Jorge L Pauta                                                     Chapter 13
Edna G Flores
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 26, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db/jdb         +Jorge L Pauta,    Edna G Flores,    149 Astor Street,    1st Floor,    Newark, NJ 07114-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond    on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6