UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Jorge Pauta & Edna Flores,

Debtors.

Case No.:       19-19962-SLM

Chapter:              13

Hearing Date:       3/11/2020

Judge:              Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 149 Astor Street, Newark, NJ (Docket # 34)

_____

Date: 3/09/2020                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*