Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                      Case No.: 19−19962−SLM  
                      Chapter: 13  
                      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jorge L Pauta  
149 Astor Street  
1st Floor  
Newark, NJ 07114

Edna G Flores  
149 Astor Street  
1st Floor  
Newark, NJ 07114

Social Security No.:  
  xxx−xx−7526                             xxx−xx−4489

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 16, 2019.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               April 22, 2020  
Time:             08:30 AM  
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 16, 2020  
JAN: wdh

                                                                               Jeanne Naughton  
                                                                                Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 19-19962-SLM
Jorge L Pauta                                                       Chapter 13
Edna G Flores
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 5      Date Rcvd: Mar 16, 2020
                             Form ID: 185             Total Noticed: 139


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db/jdb         +Jorge L Pauta,    Edna G Flores,    149 Astor Street,    1st Floor,    Newark, NJ 07114-2711
518249486      +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
518249487      +Aes/Pheaa,    Attn: Bankruptcy Department,    P0 Box 2461,    Harrisburg, PA 17105-2461
518249488      +Aes/Pheaa,    P0 Box 61047,    Harrisburg, PA 17106-1047
518249499      +AmSher Collection Service,    4524 Southlake Parkway,    Hoover, AL 35244-3270
518249503     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
518249502      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518249504       Bank of America,    PO Box 220411,    Greensboro, NC 27420
518249505      +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
518293583      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518249530     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court: Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                Kansas City, MO 64153)
518249510      +Cablevision,    PO Box 9202,    Uniondale, NY 11555-9202
518249512      +Capital One Auto,    PO Box 261930,    Plano, TX 75026-1930
518249521      +Chase Auto Finance,    P0 Box 901003,    Ft Worth, TX 76101-2003
518249523      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
518249524      +Citibank,    P0 Box 6497,    Sioux Falls, SD 57117-6497
518249525      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
518249526       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
518249527      +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    P0 Box 790034,
                St Louis, MO 63179-0034
518249528      +Citicards,    PO Box 183068,    Columbus, OH 43218-3068
518249529      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
518249531      +City of Newark,    Division of Water Accounting and Cust. S,    920 Broad Street, Rm. 117,
                Newark, NJ 07102-2609
518249532      +City of Newark,    PO Box 538,    Water / Sewer Accounting,    Newark, NJ 07101-0538
518249533      +City of Newark / Water,    PO Box 64000,    Newark, NJ 07101-8068
518249534      +City of Newark Dept. of Water & Sewer,    Law Dept. RM 316,    920 Broad Street,
                Newark, NJ 07102-2672
518249541       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
518249542      +EZ Pass,    PO Box 52005,    Newark, NJ 07101-8205
518249543      +EZ Pass,    NJ Service Center,    375 McCarter Highway,    Newark, NJ 07114-2563
518249544      +EZ Pass,    PO Box 4973,    Trenton, NJ 08650-4973
518249545      +EZ Violations Bureau,    P0 Box 52005,    Newark, NJ 07101-8205
518249546      +First Premier,    PO Box 5507,    Sioux Falls, SD 57117-5507
518249549      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518249547      +First Premier Bank,    Attn: Bankruptcy,    P0 Box 5524,    Sioux Falls, SD 57117-5524
518249550       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
518249551      +First Premier Bank,    Attn: Correspondence Department,    PO Box 5525,
                Sioux Falls, SD 57117-5525
518249557     #+Hy Cite Enterprises, LLC,    Attn: Bankruptcy,    333 Holtzman Road,    Madison, WI 53713-2109
518249558     #+Hy Cite Enterprises, LLC/Royal Prestige,    333 Holtzman Rd,    Madison, WI 53713-2109
518249559     #+Hy Cite Finance,    333 Holtzman Road,    Madison, WI 53713-2109
518249560      +IC Systems,    P0 Box 64378,    Saint Paul, MN 55164-0378
518249562      +Kahuna Payment Solutions,    Attn: Bankruptcy Department,    2714 Mcgraw Drive,
                Bloomington, IL 61704-6012
518249572      +Midland Funding,    P0 Box 2001,    Warren, MI 48090-2001
518249573      +NJ EZ Pass Service Center,    PO Box 4973,    Trenton, NJ 08650-4973
518249580      +Onemain Financial,    655 Kearny Avenue,    Suite 101,    Kearny, NJ 07032-2942
518249581       PHEAA,    PO Box 8147,    Philadelphia, PA 19102
518249582      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
518249594      +Summit Medical Group,    PO Box 8549,    Belfast, ME 04915-8549
518249595      +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
518249593      +Summit Medical Group,    Business Operations,    150 Floral Avenue,
                New Providence, NJ 07974-1557
518249613     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    P0 Box 6429,
                Greenville, SC 29606)
518249609      +Wakefield & Associates,    Attn: bankruptcy,    7005 Middlebrook  Pike,
                Knoxville, TN 37909-1156
518249610      +Wakefield & Associates,    Po Box 50250,    Knoxville, TN 37950-0250
518249612      +We Florida Financial,    P0 Box 77404,    Ewing, NJ 08628-6404
518249611      +We Florida Financial,    Attn: Bankruptcy,    P0 Box 14548,    Fort Lauderdale, FL 33302-4548
518249616       Wells Fargo Bank,    PO Box 1225,    Charlotte, NC 28201-1225
518249615      +Wells Fargo Bank,    Attn: Collections Manager,    7000 Vista Drive,
                West Des Moines, IA 50266-9310
518249614       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518249617      +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
518347140       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
518249619       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
```

```
District/off: 0312-2          User: admin              Page 2 of 5              Date Rcvd: Mar 16, 2020
                              Form ID: 185             Total Noticed: 139


518249621      +Wells Fargo Card Services,   PO Box 77053,    Minneapolis, MN 55480-7753
518249620      +Wells Fargo Card Services,   PO Box 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2020 02:20:13      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2020 02:20:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 17 2020 02:25:59
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:25:46
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518249497       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      American Honda Finance,
                 Attn: Bankruptcy,    P0 Box 168088,   Irving, TX 75016
518274805       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
518249554       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      Honda,
                 National Service Center,    PO Box 165378,   Irving, TX 75016
518249556       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      Honda Finance,   PO Box 7829,
                 Philadelphia, PA 19101-7870
518249500      +E-mail/Text: g20956@att.com Mar 17 2020 02:21:14      AT& Mobility Inc.,   One AT&T Way,
                 Room 31104,    Bedminster, NJ 07921-2693
518249501      +E-mail/Text: g20956@att.com Mar 17 2020 02:21:14      AT&T Mobility,   PO Box 537104,
                 Atlanta, GA 30353-7104
518346958      +E-mail/Text: g20956@att.com Mar 17 2020 02:21:14      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
518249490      +E-mail/Text: backoffice@affirm.com Mar 17 2020 02:22:12      Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
518249489      +E-mail/Text: backoffice@affirm.com Mar 17 2020 02:22:12      Affirm Inc,   Affirm Incorporated,
                 P0 Box 720,    San Francisco, CA 94104-0720
518249493      +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:31      Afni,   404 Brook Drive,
                 PO Box 3517,    Bloomington, IL 61702-3517
518249494      +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:32      Afni,   PO Box 3427,
                 Bloomington, IL 61702-3427
518249495      +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:32      Afni, Inc.,   Attn: Bankruptcy,
                 P0 Box 3427,    Bloomington, IL 61702-3427
518249496      +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:32      Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
518249498      +E-mail/Text: bsimmons@amsher.com Mar 17 2020 02:21:05      AmSher Collection Service,
                 4524 Southlake Parkway,    Ste 15,   Hoover, AL 35244-3271
518317806       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2020 02:27:13
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518249518      +E-mail/Text: ering@cbhv.com Mar 17 2020 02:19:57      CB/ HV,   P0 Box 831,
                 Newburgh, NY 12551-0831
518249519      +E-mail/Text: ering@cbhv.com Mar 17 2020 02:19:57      CB/ HV,   155 North Plank Road,
                 PO Box 831,    Newburgh, NY 12551-0831
518249509      +E-mail/Text: bcwrtoff@cablevision.com Mar 17 2020 02:21:49      Cable Vision,
                 360 Central Avenue,    Newark, NJ 07103-2808
518249511       E-mail/Text: bcwrtoff@cablevision.com Mar 17 2020 02:21:49      Cablevision,   6 Corporate Drive,
                 Melville, NY 11747
518249513      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:25:19      Capital One Auto,
                 P0 Box 260848,    Plano, TX 75026-0848
518249515      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:25:19
                 Capital One Auto Finance,    Attn: Bankruptcy,   P0 Box 30285,   Salt Lake City, UT 84130-0285
518249516      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:27:12
                 Capital One Auto Finance,    Po Box 259407,   Plano, TX 75025-9407
518249517      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:27:12
                 Capital One Auto Finance,    3901 N Dallas Parkway,   Plano, TX 75093-7864
518259935      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 17 2020 02:26:58
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518312673      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 17 2020 02:26:58
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
518249520      +E-mail/Text: bk.notifications@jpmchase.com Mar 17 2020 02:19:41      Chase Auto Finance,
                 Attn: Bankruptcy,    P0 Box 901076,   Fort Worth, TX 76101-2076
518249535      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:23      Comenity,   PO Box 183003,
                 Columbus, OH 43218-3003
518249537      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:23      Comenity Bank,
                 Attention: Bankruptcy,    P0 Box 182686,   Columbus, OH 43218-2686
518249536      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:23      Comenity Bank,
                 Attn: Bankruptcy Department,    P0 Box 182125,   Columbus, OH 43218-2125
518249538      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:23      Comenity Bank/Wayfair,
                 Po Box 182789,    Columbus, OH 43218-2789
518249539      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 17 2020 02:20:56      Convergant Inc.,
                 PO Box 9021,    800 SW 39th Street,   Renton, WA 98057-4927
```

```
District/off: 0312-2           User: admin                  Page 3 of 5                   Date Rcvd: Mar 16, 2020
                               Form ID: 185                 Total Noticed: 139


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518249540      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 17 2020 02:20:56      Convergant Outsourcing,
                 PO Box 9004,    Renton, WA 98057-9004
518356267      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:26:26      Directv, LLC,
                 by American InfoSource as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518249555       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      Honda Finance,   PO Box 7870,
                 Philadelphia, PA 19101-7870
518249522       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 17 2020 02:25:02      Chase Bank,
                 PO Box 15153,    Wilmington, DE 19886
518369868       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
518249567      +E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Mortgage,   PO Box 1288,
                 Buffalo, NY 14240-1288
518249564       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Bank,   Attn: Bankruptcy,
                 P0 Box 844,    Buffalo, NY 14240
518249566       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Bank,   One Fountain Place,
                 3rd Floor,    Buffalo, NY 14203
518249565       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
518249568       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Mortgage Corp.,
                 1 Fountain Plaza,    Buffalo, NY 14240
518249570      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2020 02:20:04      Midland Funding,
                 2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
518249571      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2020 02:20:04      Midland Funding,
                 2365 Northside Drive,    San Diego, CA 92108-2709
518249574      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:24:52      One Main Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
518270173      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:35      OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
518249577      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:24:52      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
518249575      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:36      Onemain,   PO Box 742536,
                 Cincinnati, OH 45274-2536
518249576      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:24:52      Onemain,   PO Box 9001122,
                 Louisville, KY 40290-1122
518249579      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:25:42      Onemain Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
518249578      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:24:52      Onemain Financial,   P0 Box 499,
                 Hanover, MD 21076-0499
518370316       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:25:13
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518370317       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:26:03
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518370360       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:25:12
                 Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,   Norfolk VA 23541
518323844      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 17 2020 02:20:38      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,   Saint Cloud Mn 56302-7999
518249583      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simon’s Agency, Inc.,
                 Attn: Bankruptcy,    P0 Box 5026,   Syracuse, NY 13220-5026
518249587      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simon’s Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518249591      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simons Agency Inc,
                 3713 Brewerton Road Ste 1,    Syracuse, NY 13212-3843
518249592      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simons Agency Inc,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518252042      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:58      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518249598      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:56      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
518249596      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:26:42      Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
518249597      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:56      Synchrony Bank,   P0 Box 965015,
                 Orlando, FL 32896-5015
518249599      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:57      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    P0 Box 965060,   Orlando, FL 32896-5060
518249600      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:25:46      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
518249601       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:24:51      T-Mobile,
                 Bankruptcy,    PO Box 37380,   Albuquerque, NM 87176
518249602       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:24:51      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274
518249603       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:25:42
                 T-Mobile Bankruptcy Team,    PO Box 53410,   Bellevue, WA 98015
518263729      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:25:33      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518249604       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:24:51      T-Mobile Financial,
                 P0 Box 2400,    Young America, MN 55553
```

```
District/off: 0312-2          User: admin              Page 4 of 5                  Date Rcvd: Mar 16, 2020
                              Form ID: 185             Total Noticed: 139
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518350428        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:25:33      Verizon,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518249605        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:41
                   Verizon,    P0 Box 15124,   Albany, NY 12212-5124
518249606        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:41
                   Verizon Bankruptcy,    500 Technology Drive,   Saint Charles, MO 63304-2225
518249607        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:41
                   Verizon Bankruptcy South,     PO Box 25087,   Wilmington, DE 19899-5087
518249608        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:41
                   Verizon Online,    PO Box 12045,   Trenton, NJ 08650-2045
                                                                                             TOTAL: 78

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518249553*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  Honda,    PO Box 65507,   Wilmington, DE 19808)
518249491*      +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
518249492*      +Affirm Inc,     Affirm Incorporated,    P0 Box 720,   San Francisco, CA 94104-0720
518249508*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 15019,   Wilmington, DE 19886)
518249507*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982234,   El Paso, TX 79998)
518249514*      +Capital One Auto,    PO Box 261930,   Plano, TX 75026-1930
518249552*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518249548*      +First Premier Bank,    Attn: Bankruptcy,    P0 Box 5524,   Sioux Falls, SD 57117-5524
518249569*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:  M & T Mortgage Corp.,    1 Fountain Plaza,   Buffalo, NY 14240)
518249584*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,   Syracuse, NY 13220-5026
518249585*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,   Syracuse, NY 13220-5026
518249586*      +Simon's Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,   Syracuse, NY 13220-5026
518249588*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,   Liverpool, NY 13088-2176
518249589*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,   Liverpool, NY 13088-2176
518249590*      +Simon's Agency, Inc.,    4963 Wintersweet Dr,   Liverpool, NY 13088-2176
518249506      ##+Bank of America,    Attn: Bankruptcy,    PO Box 26012,   Greensboro, NC 27420-6012
518249561      ##+IC Systems,    444 Highway 96 East,    PO Box 64887,   Saint Paul, MN 55164-0887
518249563      ##+Kahuna Payment Solutions,    1602 Tullamore Avenue,    Bloomington, IL 61704-9624
518249618      ##+Wells Fargo Bank,    PO Box 28724,   Kansas City, MO 64188-8724
                                                                                   TOTALS: 0, * 15, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2           User: admin                 Page 5 of 5                  Date Rcvd: Mar 16, 2020
                               Form ID: 185                Total Noticed: 139
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Herbert B. Raymond   on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com,
         raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

        Herbert B. Raymond   on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com,
         raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

        Kevin Gordon McDonald   on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann Greenberg   magecf@magtrustee.com

        Phillip Andrew Raymond   on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7