**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

  0   Valuation of Security      0    Assumption of Executory Contract or Unexpired Lease      0    Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
JORGE PAUTA  
EDNA FLORES,

Debtor(s)

Case No.:    19-19962  SLM

Judge:    MEISEL

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      Date: March 13, 2020

☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:    HR      Initial Debtor:    JP      Initial Co-Debtor:    EF

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay $ _____**_____ per \_\_\_\_\_MONTH\_\_\_\_\_ to the Chapter 13 Trustee, starting on _____JUNE OF 2019_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

\*\* i. $4,262 paid in to date through March 1, 2020 (over ten (10) months);
   ii. $510 per month, starting April 1, 2020, for a period of fifty (50) months

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $4,000 Balance Legal Fee Due |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T BANK | MORTGAGE ARREARS PERTAINING TO RP RE: 149 ASTOR ST., NEWARK, NJ | Total: 21,662.65 $10,088.34 (Pre-Pet. Arrears); $11,043.31 (Post-Pet. Arrears); $531 Legal Mortgagee | N/A | $21,662.65, CONSISTING OF PRE-PET. ARREARS, POST-PET. ARREARS AND LEGAL FEES | CONT'D PAYMENTS STARTING TO BE PAID BY THE DEBTORS DIRECTLY TO M&T BANK |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | AUTO LOAN ARREARS RE: 2016 CHRYSLER TOWN AND COUNTRY | $422.62 | N/A | $422.62 | CONT'D PAYMENTS TO CAPITAL ONE STARTING 6-1-19 AND THEREAFTER |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| CITY OF NEWARK, WATER AND SEWER DEPARTMENT | UNPAID WATER AND SEWER CHARGES PERTAINING TO REAL PROPERTY RE: 149 ASTOR ST., NEWARK, NJ | $300 |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).    ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:   Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: MAY 30, 2019                        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO ADDRESS THE POST-PETITION MORTGAGE ARREARS WHICH ARE BEING PROVIDED FOR IN THE PLAN.  NO MATERIAL CHANGE IN PAYMENTS BETWEEN THE PLAN AND MODIFIED CONFIRMATION ORDER. | THE PLAN TERM IS BEING EXTENDED TO SIXTY MONTHS (FROM 36) AND PAYMENTS ARE INCREASING SLIGHTLY TO $510 PER MONTH, STARTING IN APRIL OF 2020 FOR A PERIOD OF FIFTY (50) MONTHS.  POST-PETITION MORTGAGE ARREARS AND LEGAL FEES AND COSTS RE: POST PET. MORTGAGE DEFAULT, ARE BEING PAID THROUGH THE PLAN. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: MARCH 13, 2020				/S/ JORGE L. PAUTA
						Debtor

Date: MARCH 13, 2020				/S/ EDNA G. FLORES
						Joint Debtor

Date: MARCH 13, 2020				/S/ HERBERT B. RAYMOND, ESQ.
						Attorney for Debtor(s)

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-19962-SLM
Jorge L Pauta                                                   Chapter 13
Edna G Flores
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 5        Date Rcvd: Mar 16, 2020
                             Form ID: pdf901            Total Noticed: 139


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db/jdb         +Jorge L Pauta,    Edna G Flores,    149 Astor Street,    1st Floor,    Newark, NJ 07114-2711
518249486      +AES,   PO Box 2461,    Harrisburg, PA 17105-2461
518249487      +Aes/Pheaa,    Attn: Bankruptcy Department,    P0 Box 2461,    Harrisburg, PA 17105-2461
518249488      +Aes/Pheaa,    P0 Box 61047,    Harrisburg, PA 17106-1047
518249499      +AmSher Collection Service,    4524 Southlake Parkway,    Hoover, AL 35244-3270
518249503     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
518249502      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518249504       Bank of America,    PO Box 220411,    Greensboro, NC 27420
518249505      +Bank of America,    100 North Tron Street,    Charlotte, NC 28255-0001
518293583      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518249530     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citicorp Credit Services, Inc.,     7920 NW 110th Street,
                 Kansas City, MO 64153)
518249510      +Cablevision,    PO Box 9202,    Uniondale, NY 11555-9202
518249512      +Capital One Auto,    PO Box 261930,    Plano, TX 75026-1930
518249521      +Chase Auto Finance,    P0 Box 901003,    Ft Worth, TX 76101-2003
518249523      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
518249524      +Citibank,    P0 Box 6497,    Sioux Falls, SD 57117-6497
518249525      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
518249526       Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
518249527      +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    P0 Box 790034,
                 St Louis, MO 63179-0034
518249528      +Citicards,    PO Box 183068,    Columbus, OH 43218-3068
518249529      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
518249531      +City of Newark,    Division of Water Accounting and Cust. S,     920 Broad Street, Rm. 117,
                 Newark, NJ 07102-2609
518249532      +City of Newark,    PO Box 538,    Water / Sewer Accounting,    Newark, NJ 07101-0538
518249533      +City of Newark / Water,    PO Box 64000,    Newark, NJ 07101-8068
518249534      +City of Newark Dept. of Water & Sewer,    Law Dept. RM 316,    920 Broad Street,
                 Newark, NJ 07102-2672
518249541       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
518249542      +EZ Pass,    PO Box 52005,    Newark, NJ 07101-8205
518249543      +EZ Pass,    NJ Service Center,    375 McCarter Highway,    Newark, NJ 07114-2563
518249544      +EZ Pass,    PO Box 4973,    Trenton, NJ 08650-4973
518249545      +EZ Violations Bureau,    P0 Box 52005,    Newark, NJ 07101-8205
518249546      +First Premier,    PO Box 5507,    Sioux Falls, SD 57117-5507
518249549      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518249547      +First Premier Bank,    Attn: Bankruptcy,    P0 Box 5524,    Sioux Falls, SD 57117-5524
518249550       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
518249551      +First Premier Bank,    Attn: Correspondence Department,    PO Box 5525,
                 Sioux Falls, SD 57117-5525
518249557     #+Hy Cite Enterprises, LLC,    Attn: Bankruptcy,    333 Holtzman Road,    Madison, WI 53713-2109
518249558     #+Hy Cite Enterprises, LLC/Royal Prestige,     333 Holtzman Rd,    Madison, WI 53713-2109
518249559     #+Hy Cite Finance,    333 Holtzman Road,    Madison, WI 53713-2109
518249560      +IC Systems,    P0 Box 64378,    Saint Paul, MN 55164-0378
518249562      +Kahuna Payment Solutions,    Attn: Bankruptcy Department,    2714 Mcgraw Drive,
                 Bloomington, IL 61704-6012
518249572      +Midland Funding,    P0 Box 2001,    Warren, MI 48090-2001
518249573      +NJ EZ Pass Service Center,    PO Box 4973,    Trenton, NJ 08650-4973
518249580      +Onemain Financial,    655 Kearny Avenue,    Suite 101,    Kearny, NJ 07032-2942
518249581       PHEAA,    PO Box 8147,    Philadelphia, PA 19102
518249582      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
518249594      +Summit Medical Group,    PO Box 8549,    Belfast, ME 04915-8549
518249595      +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
518249593      +Summit Medical Group,    Business Operations,    150 Floral Avenue,
                 New Providence, NJ 07974-1557
518249613     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    P0 Box 6429,
                 Greenville, SC 29606)
518249609      +Wakefield & Associates,    Attn: bankruptcy,    7005 Middlebrook Pike,
                 Knoxville, TN 37909-1156
518249610      +Wakefield & Associates,    Po Box 50250,    Knoxville, TN 37950-0250
518249612      +We Florida Financial,    P0 Box 77404,    Ewing, NJ 08628-6404
518249611      +We Florida Financial,    Attn: Bankruptcy,    P0 Box 14548,    Fort Lauderdale, FL 33302-4548
518249616       Wells Fargo Bank,    PO Box 1225,    Charlotte, NC 28201-1225
518249615      +Wells Fargo Bank,    Attn: Collections Manager,    7000 Vista Drive,
                 West Des Moines, IA 50266-9310
518249614       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518249617      +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
518347140       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518249619       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
```

```
District/off: 0312-2           User: admin                  Page 2 of 5                  Date Rcvd: Mar 16, 2020
                               Form ID: pdf901              Total Noticed: 139


518249621       +Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753
518249620       +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2020 02:20:13      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2020 02:20:04       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 17 2020 02:26:58
                  Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:55
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518249497        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      American Honda Finance,
                  Attn: Bankruptcy,    P0 Box 168088,    Irving, TX 75016
518274805        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33
                  American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, TX 75016-8088
518249554        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      Honda,
                  National Service Center,    PO Box 165378,    Irving, TX 75016
518249556        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      Honda Finance,    PO Box 7829,
                  Philadelphia, PA 19101-7870
518249500       +E-mail/Text: g20956@att.com Mar 17 2020 02:21:13      AT& Mobility Inc.,    One AT&T Way,
                  Room 31104,    Bedminster, NJ 07921-2693
518249501       +E-mail/Text: g20956@att.com Mar 17 2020 02:21:13      AT&T Mobility,    PO Box 537104,
                  Atlanta, GA 30353-7104
518346958       +E-mail/Text: g20956@att.com Mar 17 2020 02:21:13      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
518249490       +E-mail/Text: backoffice@affirm.com Mar 17 2020 02:22:12      Affirm Inc,
                  650 California St Fl 12,    San Francisco, CA 94108-2716
518249489       +E-mail/Text: backoffice@affirm.com Mar 17 2020 02:22:12      Affirm Inc,    Affirm Incorporated,
                  P0 Box 720,    San Francisco, CA 94104-0720
518249493       +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:31      Afni,    404 Brook Drive,
                  PO Box 3517,    Bloomington, IL 61702-3517
518249494       +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:31      Afni,    PO Box 3427,
                  Bloomington, IL 61702-3427
518249495       +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:31      Afni, Inc.,    Attn: Bankruptcy,
                  P0 Box 3427,    Bloomington, IL 61702-3427
518249496       +E-mail/Text: EBNProcessing@afni.com Mar 17 2020 02:20:31      Afni, Inc.,    Po Box 3097,
                  Bloomington, IL 61702-3097
518249498       +E-mail/Text: bsimmons@amsher.com Mar 17 2020 02:21:05      AmSher Collection Service,
                  4524 Southlake Parkway,    Ste 15,    Hoover, AL 35244-3271
518317806        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2020 02:25:19
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
518249518       +E-mail/Text: ering@cbhv.com Mar 17 2020 02:19:57      CB/ HV,    P0 Box 831,
                  Newburgh, NY 12551-0831
518249519       +E-mail/Text: ering@cbhv.com Mar 17 2020 02:19:57      CB/ HV,    155 North Plank Road,
                  PO Box 831,    Newburgh, NY 12551-0831
518249509       +E-mail/Text: bcwrtoff@cablevision.com Mar 17 2020 02:21:49      Cable Vision,
                  360 Central Avenue,    Newark, NJ 07103-2808
518249511        E-mail/Text: bcwrtoff@cablevision.com Mar 17 2020 02:21:49      Cablevision,    6 Corporate Drive,
                  Melville, NY 11747
518249513       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:26:10      Capital One Auto,
                  P0 Box 260848,    Plano, TX 75026-0848
518249515       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:25:19
                  Capital One Auto Finance,    Attn: Bankruptcy,    P0 Box 30285,    Salt Lake City, UT 84130-0285
518249516       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:25:19
                  Capital One Auto Finance,    Po Box 259407,    Plano, TX 75025-9407
518249517        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 17 2020 02:26:09
                  Capital One Auto Finance,    3901 N Dallas Parkway,    Plano, TX 75093-7864
518259935       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 17 2020 02:25:59
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518312673       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 17 2020 02:25:10
                  Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518249520       +E-mail/Text: bk.notifications@jpmchase.com Mar 17 2020 02:19:41      Chase Auto Finance,
                  Attn: Bankruptcy,    P0 Box 901076,    Fort Worth, TX 76101-2076
518249535       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:22      Comenity,    PO Box 183003,
                  Columbus, OH 43218-3003
518249537       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:22      Comenity Bank,
                  Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518249536       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:23      Comenity Bank,
                  Attn: Bankruptcy Department,    P0 Box 182125,    Columbus, OH 43218-2125
518249538       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 02:19:23      Comenity Bank/Wayfair,
                  Po Box 182789,    Columbus, OH 43218-2789
518249539       +E-mail/Text: convergent@ebn.phinsolutions.com Mar 17 2020 02:20:56      Convergant Inc.,
                  PO Box 9021,    800 SW 39th Street,    Renton, WA 98057-4927
```

```
District/off: 0312-2          User: admin              Page 3 of 5                  Date Rcvd: Mar 16, 2020
                              Form ID: pdf901          Total Noticed: 139


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518249540      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 17 2020 02:20:56      Convergant Outsourcing,
                 PO Box 9004,    Renton, WA 98057-9004
518356267      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:27:29      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518249555       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2020 02:20:33      Honda Finance,   PO Box 7870,
                 Philadelphia, PA 19101-7870
518249522       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 17 2020 02:26:48      Chase Bank,
                 PO Box 15153,    Wilmington, DE 19886
518369868       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
518249567      +E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Mortgage,   PO Box 1288,
                 Buffalo, NY 14240-1288
518249564       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Bank,   Attn: Bankruptcy,
                 P0 Box 844,    Buffalo, NY 14240
518249566       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Bank,   One Fountain Place,
                 3rd Floor,    Buffalo, NY 14203
518249565       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
518249568       E-mail/Text: camanagement@mtb.com Mar 17 2020 02:19:18      M & T Mortgage Corp.,
                 1 Fountain Plaza,    Buffalo, NY 14240
518249570      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2020 02:20:04      Midland Funding,
                 2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
518249571      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2020 02:20:04      Midland Funding,
                 2365 Northside Drive,    San Diego, CA 92108-2709
518249574      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:35      One Main Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
518270173      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:35      OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
518249577      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:24:52      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
518249575      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:25:42      Onemain,   PO Box 742536,
                 Cincinnati, OH 45274-2536
518249576      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:36      Onemain,   PO Box 9001122,
                 Louisville, KY 40290-1122
518249579      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:35      Onemain Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
518249578      +E-mail/PDF: cbp@onemainfinancial.com Mar 17 2020 02:26:35      Onemain Financial,   P0 Box 499,
                 Hanover, MD 21076-0499
518370316       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:25:13
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518370317       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:25:11
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518370360       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 02:27:04
                 Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,   Norfolk VA 23541
518323844      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 17 2020 02:20:38      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518249583      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simon’s Agency, Inc.,
                 Attn: Bankruptcy,    P0 Box 5026,   Syracuse, NY 13220-5026
518249587      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simon’s Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518249591      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simons Agency Inc,
                 3713 Brewerton Road Ste 1,    Syracuse, NY 13212-3843
518249592      +E-mail/Text: clientservices@simonsagency.com Mar 17 2020 02:21:34      Simons Agency Inc,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518252042      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518249598      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:55      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
518249596      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:55      Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
518249597      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:26:39      Synchrony Bank,   P0 Box 965015,
                 Orlando, FL 32896-5015
518249599      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:54      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    P0 Box 965060,   Orlando, FL 32896-5060
518249600      +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 02:24:54      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
518249601       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:24:51      T-Mobile,
                 Bankruptcy,    PO Box 37380,   Albuquerque, NM 87176
518249602       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:24:52      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274
518249603       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:24:51
                 T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015
518263729      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:25:33      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518249604       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 17 2020 02:26:35      T-Mobile Financial,
                 P0 Box 2400,    Young America, MN 55553
```

```
District/off: 0312-2           User: admin                    Page 4 of 5                    Date Rcvd: Mar 16, 2020
                               Form ID: pdf901                Total Noticed: 139


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518350428       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 02:25:33      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518249605       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:40
                  Verizon,    PO Box 15124,    Albany, NY 12212-5124
518249606       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:40
                  Verizon Bankruptcy,     500 Technology Drive,    Saint Charles, MO 63304-2225
518249607       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:40
                  Verizon Bankruptcy South,     PO Box 25087,    Wilmington, DE 19899-5087
518249608       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 02:17:40
                  Verizon Online,    PO Box 12045,    Trenton, NJ 08650-2045
                                                                                               TOTAL: 78

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518249553*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Honda,    PO Box 65507,    Wilmington, DE 19808)
518249491*     +Affirm Inc,   650 California St Fl 12,    San Francisco, CA 94108-2716
518249492*     +Affirm Inc,    Affirm Incorporated,    P0 Box 720,    San Francisco, CA 94104-0720
518249508*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
518249507*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998)
518249514*     +Capital One Auto,    PO Box 261930,    Plano, TX 75026-1930
518249552*     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518249548*     +First Premier Bank,    Attn: Bankruptcy,    P0 Box 5524,    Sioux Falls, SD 57117-5524
518249569*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                (address filed with court: M & T Mortgage Corp.,    1 Fountain Plaza,    Buffalo, NY 14240)
518249584*     +Simon’s Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518249585*     +Simon’s Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518249586*     +Simon’s Agency, Inc.,    Attn: Bankruptcy,    P0 Box 5026,    Syracuse, NY 13220-5026
518249588*     +Simon’s Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518249589*     +Simon’s Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518249590*     +Simon’s Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
518249506     ##+Bank of America,    Attn: Bankruptcy,    PO Box 26012,    Greensboro, NC 27420-6012
518249561     ##+IC Systems,    444 Highway 96 East,    PO Box 64887,    Saint Paul, MN 55164-0887
518249563     ##+Kahuna Payment Solutions,    1602 Tullamore Avenue,    Bloomington, IL 61704-9624
518249618     ##+Wells Fargo Bank,    PO Box 28724,    Kansas City, MO 64188-8724
                                                                                       TOTALS: 0, * 15, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 5 of 5              Date Rcvd: Mar 16, 2020
                              Form ID: pdf901          Total Noticed: 139
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Herbert B. Raymond    on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com,
         raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

        Herbert B. Raymond    on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com,
         raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

        Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Phillip Andrew Raymond    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC
         phillip.raymond@mccalla.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 7