UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on April 7, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JORGE PAUTA
EDNA FLORES,

DEBTOR(S)

Case No.: 19-19962   (SLM)

Adv. No.:

Hearing Date:

Judge: STACEY MEISEL

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: April 7, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Jorge Pauta
        Edna Flores, Debtor(s)

Case no.: 19-19962  (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$700.00** for services rendered and expenses in the amount **$0.00** for a total of **$700.00**. The allowance shall be payable

___XXXX___ through the Chapter 13 plan as an administrative priority.

_____ outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.