HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re: JORGE L PAUTA  
EDNA G FLORES  
149 ASTOR STREET  
1ST FLOOR  
NEWARK, NJ  07114

Atty:  HERBERT B. RAYMOND, ESQ.  
7 GLENWOOD AVENUE  
4TH FLOOR SUITE 408  
EAST ORANGE, NJ  07017

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-19962

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,936.00**

## RECEIPTS AS OF 01/15/2021          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/21/2019 | $350.00 | 17989937816 | 07/08/2019 | $350.00 | 6000139000 |
| 08/05/2019 | $350.00 | 6070760000 | 09/20/2019 | $455.00 | 17672623195 |
| 10/15/2019 | $455.00 | 6253066000 | 11/08/2019 | $455.00 | 6317015000 |
| 12/03/2019 | $455.00 | 6375042000 | 01/06/2020 | $464.00 | 6456152000 |
| 02/10/2020 | $464.00 | 6549643000 | 03/05/2020 | $464.00 | 6616845000 |
| 04/08/2020 | $464.00 | 6698902000 | 06/15/2020 | $510.00 | 6867711000 |
| 06/17/2020 | $510.00 | 6870549000 | 07/13/2020 | $510.00 | 6937031000 |
| 08/10/2020 | $510.00 | 7003610000 | 09/08/2020 | $579.00 | 7072521000 |
| 10/06/2020 | $579.00 | 7141237000 | 11/09/2020 | $579.00 | 7218101000 |
| 12/10/2020 | $579.00 | 7297838000 | 01/11/2021 | $579.00 | 7367810000 |

**Total Receipts:  $9,661.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,661.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 07/20/2020 | $14.29 | 852,297 | 08/17/2020 | $71.75 | 854,163 |
| | 09/21/2020 | $28.72 | 855,978 | 09/21/2020 | $234.25 | 855,978 |
| | 10/19/2020 | $13.28 | 857,863 | 10/19/2020 | $64.77 | 857,863 |
| | 11/16/2020 | $9.20 | 859,657 | 11/16/2020 | $64.77 | 859,657 |
| | 12/21/2020 | $9.20 | 861,474 | 12/21/2020 | $64.77 | 861,474 |
| | 01/11/2021 | $9.20 | 863,263 | 01/11/2021 | $64.77 | 863,263 |
| CITY OF NEWARK DEPT. OF WATER & SEWER UTILITIES | | | | | | |
| | 07/20/2020 | $11.24 | 852,346 | 10/19/2020 | $10.45 | 857,907 |
| | 11/16/2020 | $7.24 | 859,701 | 12/21/2020 | $7.24 | 861,520 |
| | 01/11/2021 | $7.24 | 863,306 | | | |
| M & T MORTGAGE | | | | | | |
| | 07/20/2020 | $364.29 | 852,609 | 09/21/2020 | $104.06 | 856,304 |
| | 10/19/2020 | $234.65 | 858,165 | 11/16/2020 | $234.66 | 859,952 |
| | 12/21/2020 | $234.65 | 861,788 | 01/11/2021 | $234.66 | 863,546 |

Chapter 13 Case # 19-19962

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| M&T BANK | | | | | | | |
| | 07/20/2020 | $341.10 | 852,612 | | 09/21/2020 | $97.43 | 856,307 |
| | 10/19/2020 | $219.71 | 858,167 | | 11/16/2020 | $219.72 | 859,954 |
| | 12/21/2020 | $219.71 | 861,791 | | 01/11/2021 | $219.72 | 863,548 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 608.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,100.00 | 100.00% | 5,100.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AES/PHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | AFNI, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | AMSHER COLLECTION SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 4,250.04 | * | 0.00 | |
| 0015 | BANK OF AMERICA | UNSECURED | 3,688.75 | * | 0.00 | |
| 0024 | CABLE VISION | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 422.62 | 100.00% | 55.17 | |
| 0039 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | CITY OF NEWARK DEPT. OF WATER & SE | SECURED | 332.32 | 100.00% | 43.41 | |
| 0049 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 116.85 | * | 0.00 | |
| 0060 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 488.46 | * | 0.00 | |
| 0067 | HY CITE ENTERPRISES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | KAHUNA PAYMENT SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | M&T BANK | MORTGAGE ARRI | 10,088.34 | 100.00% | 1,317.39 | |
| 0084 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,183.01 | * | 0.00 | |
| 0093 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0102 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,635.07 | * | 0.00 | |
| 0104 | T-MOBILE | UNSECURED | 2,013.24 | * | 0.00 | |
| 0110 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,617.33 | * | 0.00 | |
| 0113 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0115 | WE FLORIDA FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0117 | WELLS FARGO CARD SERVICES | UNSECURED | 9,962.95 | * | 0.00 | |
| 0128 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0129 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 381.40 | * | 0.00 | |
| 0130 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0131 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0133 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 25.00 | * | 0.00 | |
| 0134 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 486.14 | * | 0.00 | |
| 0135 | AT&T MOBILITY II LLC | UNSECURED | 1,655.07 | * | 0.00 | |
| 0136 | DIRECTV LLC | UNSECURED | 515.00 | * | 0.00 | |
| 0137 | M & T MORTGAGE | (NEW) MTG Agree | 10,774.31 | 100.00% | 1,406.97 | |
| 0138 | CAPITAL ONE AUTO FINANCE | (NEW) Auto Agree | 2,873.42 | 100.00% | 287.80 | |
| 0139 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 306.00 | 100.00% | 306.00 | |

**Total Paid: $9,125.42**

See Summary

**Chapter 13 Case # 19-19962**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $9,661.00          -     Paid to Claims: $3,416.74     -     Admin Costs Paid: $5,708.68     =     Funds on Hand: $535.58

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.