**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security      0   Assumption of Executory Contract or Unexpired Lease      0   Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                                                  Case No.: _____19-19962 SLM_____

JORGE PAUTA
EDNA FLORES,                                                                 Judge: _____STACEY L. MEISEL_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: _____FEBRUARY 16, 2022_____

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____HR____      Initial Debtor: _____JP_____      Initial Co-Debtor: _____EF_____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ _____\*\*_____ per \_\_\_\_\_MONTH\_\_\_\_\_ to the Chapter 13 Trustee, starting on \_\_\_\_\_JUNE OF 2019\_\_\_\_\_ for approximately \_\_\_\_\_84\_\_\_\_\_ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

\*\* i. $16,572, paid in to date through March of 2022 (Over thirty-four (34) months)
   ii. $400 per month, starting in April of 2022, through and including September of 2022 (6 Months)
   ii. $697 per month, starting in October of 2022, for a period of forty-four (44) months

Increase in plan payments premised on:
   - The Joint-Debtor returning to work
   - Debtor's health improving enabling his return to work
   - Increased assistance from children as the society health problems are addressed
   - Completion of automobile loan with Capital One regarding 2016 Town and Country

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION |  |  |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

# Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T MORTGAGE (LAKEVIEW LOAN SERVICING) | MORTGAGE ARREARS RE: 149 ASTOR ST., NEWARK, NJ | $35,208.65  Includes pre-petition arrears, post-petition arrears per 3-24-20 order and additional/recent post-pet. arrears through 3-1-22 and lender fees and costs | N/A | $35,208.65 | CONTINUED PAYMENTS BY DEBTORS DIRECTLY TO LAKEVIEW LOAN SERVICING |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | AUTO LOAN ARREARS RE: 2016 CHRYSLER TOWN AND COUNTRY | $3,602.04 (Pre-pet. arrears, post-pet. arrears provided for in plan, and lender fees and costs associated with stay relief motion) | N/A | $3,602.04 | CONTINUED PAYMENTS BY DEBTORS DIRECTLY TO CAPITAL ONE |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| CITY OF NEWARK, WATER/SEWER DEPARTMENT | UNPAID WATER AND SEWER CHARGES RE: REAL PROPERTY LOCATED AT 149 ASTOR ST., NEWARK, NJ | $332.32 PLUS INTEREST AT 18% OVER PLAN TERM FOR A TOTAL CLAIM TO BE PAID BY THE TRUSTEE OF $586.71.  TRUSTEE IS TO PAY NEWARK WATER-SEWER DEPARTMENT THE SUM OF $586.71. |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: MARCH 13, 2020                            .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan term is being extended consistent with the Cares Act to 84 months. Payments are being lowered for six months and then increasing to the sum necessary to pay plan obligations as the Debtor's financial situation hopefully improves. We have faced hardships due to the Pandemic since my son was out of work. He was even required to quarantine due to a positive covid test. There have also been increased household costs, in general, associated with higher costs at large. The Debtor has been out of work with cancer, and the Joint-Debtor has similarly missed work caring for the cancer-ridden spouse. In April, the Joint-Debtor should be returning to employment. At that time we should be receiving additional assistance from our son and daughter as the public health problems are addressed. This will hopefully allow us to make the increased plan payments and also allow resumption of the mortgage obligation. Later in the year, our situation should improve since the Debtor should, hopefully, start working again and the increased plan payments can be made. Finally, as the auto payment | ends, that should similarly allow increased plan payments.<br><br>The plan payments are being lowered due to personal health and public health problems. Payments are then increasing under the plan as personal and public health problems are presumably addressed. The plan is being extended to 84 months consistent with the Cares Act. The plan provides for the payment of additional post-petition arrears incurred because of the problems already mentioned. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: FEBRUARY 16, 2022                         /S/ JORGE L. PAUTA
                                                Debtor

Date: FEBRUARY 16, 2022                         /S/ EDNA G. FLORES
                                                Joint Debtor

Date: FEBRUARY 16, 2022                         /S/ HERBERT B. RAYMOND, ESQ.
                                                Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
Jorge L Pauta  
Edna G Flores  
    Debtors

Case No. 19-19962-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 7  
Date Rcvd: Feb 17, 2022      Form ID: pdf901      Total Noticed: 143

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge L Pauta, Edna G Flores, 149 Astor Street, 1st Floor, Newark, NJ 07114-2711 |
| 518957142 | + | 1 Turnpike Plaza, Woodbridge, NJ 07095-1229 |
| 518249486 | + | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518249487 | + | Aes/Pheaa, Attn: Bankruptcy Department, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 518249488 | + | Aes/Pheaa, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 518249508 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518249502 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518249503 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518249504 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518249506 | + | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 518249505 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518293583 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518249510 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 518249512 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249528 | + | Citicards, PO Box 183068, Columbus, OH 43218-3068 |
| 518249531 | + | City of Newark, Division of Water Accounting and Cust. S, 920 Broad Street, Rm. 117, Newark, NJ 07102-2609 |
| 518249532 | + | City of Newark, PO Box 538, Water / Sewer Accounting, Newark, NJ 07101-0538 |
| 518249533 | + | City of Newark / Water, PO Box 64000, Newark, NJ 07101-8068 |
| 518249534 | + | City of Newark Dept. of Water & Sewer, Law Dept. RM 316, 920 Broad Street, Newark, NJ 07102-2672 |
| 518249541 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518249542 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 518249545 | + | EZ Violations Bureau, P0 Box 52005, Newark, NJ 07101-8205 |
| 518249546 | + | First Premier, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 518249562 | #+ | Kahuna Payment Solutions, Attn: Bankruptcy Department, 2714 Mcgraw Drive, Bloomington, IL 61704-6012 |
| 518249563 | + | Kahuna Payment Solutions, 1602 Tullamore Avenue, Bloomington, IL 61704-9624 |
| 518249580 | + | Onemain Financial, 655 Kearny Avenue, Suite 101, Kearny, NJ 07032-2942 |
| 518249581 | | PHEAA, PO Box 8147, Philadelphia, PA 19102 |
| 518249594 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518249595 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518249593 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518249613 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 518249612 | + | We Florida Financial, P0 Box 77404, Ewing, NJ 08628-6404 |
| 518249616 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 518249615 | + | Wells Fargo Bank, Attn: Collections Manager, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518249614 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518249617 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518249618 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 518347140 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

Case 19-19962-SLM    Doc 67    Filed 02/19/22    Entered 02/20/22 00:15:24    Desc Imaged
                               Certificate of Notice    Page 12 of 17

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: pdf901 | Total Noticed: 143 |

| | | |
|---|---|---|
| 518249619 | | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518249621 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518249620 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2022 20:35:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2022 20:35:02 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:35:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518249497 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2022 20:30:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 518274805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2022 20:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518249554 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2022 20:30:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518249556 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2022 20:30:00 | Honda Finance, PO Box 7829, Philadelphia, PA 19101-7870 |
| 518249500 | + | Email/Text: g20956@att.com | Feb 17 2022 20:30:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 518249501 | + | Email/Text: g20956@att.com | Feb 17 2022 20:30:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518346958 | + | Email/Text: g20956@att.com | Feb 17 2022 20:30:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518249489 | + | Email/Text: backoffice@affirm.com | Feb 17 2022 20:30:00 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249490 | + | Email/Text: backoffice@affirm.com | Feb 17 2022 20:30:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249494 | + | Email/Text: EBNProcessing@afni.com | Feb 17 2022 20:30:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518249493 | + | Email/Text: EBNProcessing@afni.com | Feb 17 2022 20:30:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518249496 | + | Email/Text: EBNProcessing@afni.com | Feb 17 2022 20:30:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 518249495 | + | Email/Text: EBNProcessing@afni.com | Feb 17 2022 20:30:00 | Afni, Inc., Attn: Bankruptcy, P0 Box 3427, Bloomington, IL 61702-3427 |
| 518249499 | + | Email/Text: bsimmons@amsher.com | Feb 17 2022 20:30:00 | AmSher Collection Service, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 518249498 | + | Email/Text: bsimmons@amsher.com | Feb 17 2022 20:30:00 | AmSher Collection Service, 4524 Southlake |

Case 19-19962-SLM    Doc 67    Filed 02/19/22    Entered 02/20/22 00:15:24    Desc Imaged
                         Certificate of Notice    Page 13 of 17

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: pdf901 | Total Noticed: 143 |

| | | | | |
|---|---|---|---|---|
| 518317806 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2022 20:34:55 | Parkway, Ste 15, Hoover, AL 35244-3271<br>Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518249518 | + | Email/Text: ering@cbhv.com | Feb 17 2022 20:30:00 | CB/ HV, P0 Box 831, Newburgh, NY 12551-0831 |
| 518249519 | + | Email/Text: ering@cbhv.com | Feb 17 2022 20:30:00 | CB/ HV, 155 North Plank Road, PO Box 831, Newburgh, NY 12551-0831 |
| 518249530 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:48 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518249509 | + | Email/Text: bcwrtoff@cablevision.com | Feb 17 2022 20:30:00 | Cable Vision, 360 Central Avenue, Newark, NJ 07103-2808 |
| 518249511 | | Email/Text: bcwrtoff@cablevision.com | Feb 17 2022 20:30:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 518249513 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 17 2022 20:35:04 | Capital One Auto, P0 Box 260848, Plano, TX 75026-0848 |
| 518249516 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 17 2022 20:34:55 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518249515 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 17 2022 20:34:55 | Capital One Auto Finance, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518249517 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 17 2022 20:34:55 | Capital One Auto Finance, 3901 N Dallas Parkway, Plano, TX 75093-7864 |
| 518259935 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2022 20:35:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518312673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2022 20:34:41 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518249526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:07 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518249525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:58 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518249524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:08 | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518249527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:06 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518249529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:07 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518249535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2022 20:30:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518249537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2022 20:30:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518249536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2022 20:30:00 | Comenity Bank, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518249538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2022 20:30:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518249539 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 17 2022 20:30:00 | Convergant Inc., PO Box 9021, 800 SW 39th Street, Renton, WA 98057-4927 |
| 518249540 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 17 2022 20:30:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 518356267 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2022 20:35:04 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 518249551 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 17 2022 20:34:53 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518249550 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 17 2022 20:34:42 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518249549 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 17 2022 20:35:03 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249547 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 17 2022 20:35:03 | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249555 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2022 20:30:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518249560 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 17 2022 20:30:00 | IC Systems, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 518249561 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 17 2022 20:30:00 | IC Systems, 444 Highway 96 East, PO Box 64887, Saint Paul, MN 55164-0887 |
| 518249520 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2022 20:34:50 | Chase Auto Finance, Attn: Bankruptcy, P0 Box 901076, Fort Worth, TX 76101 |
| 518249521 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2022 20:34:39 | Chase Auto Finance, P0 Box 901003, Ft Worth, TX 76101 |
| 518249522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2022 20:35:01 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 518249523 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2022 20:35:01 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518369868 | | Email/Text: camanagement@mtb.com | Feb 17 2022 20:30:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518249567 | + | Email/Text: camanagement@mtb.com | Feb 17 2022 20:30:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 518249564 | | Email/Text: camanagement@mtb.com | Feb 17 2022 20:30:00 | M & T Bank, Attn: Bankruptcy, P0 Box 844, Buffalo, NY 14240 |
| 518249566 | | Email/Text: camanagement@mtb.com | Feb 17 2022 20:30:00 | M & T Bank, One Fountain Place, 3rd Floor, Buffalo, NY 14203 |
| 518249565 | | Email/Text: camanagement@mtb.com | Feb 17 2022 20:30:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518249568 | | Email/Text: camanagement@mtb.com | Feb 17 2022 20:30:00 | M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249571 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2022 20:30:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518249570 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2022 20:30:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 518249572 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2022 20:30:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 518249573 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 17 2022 20:30:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 518249543 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 17 2022 20:30:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 518249544 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 17 2022 20:30:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 518249574 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:34:37 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518270173 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:35:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |

| Case 19-19962-SLM | Doc 67 | Filed 02/19/22 | Entered 02/20/22 00:15:24 | Desc Imaged |
| Certificate of Notice | Page 15 of 17 |

| District/off: 0312-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 17, 2022 | Form ID: pdf901 | Total Noticed: 143 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518249577 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:34:50 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518249576 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:34:50 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 518249575 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:34:37 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518249578 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:34:38 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 518249579 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2022 20:34:37 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518370316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 20:35:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 20:34:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 20:34:53 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518249582 | | Email/Text: signed.order@pfwattorneys.com | Feb 17 2022 20:30:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518323844 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2022 20:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518249583 | + | Email/Text: clientservices@simonsagency.com | Feb 17 2022 20:30:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249587 | + | Email/Text: clientservices@simonsagency.com | Feb 17 2022 20:30:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249591 | + | Email/Text: clientservices@simonsagency.com | Feb 17 2022 20:30:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518249592 | + | Email/Text: clientservices@simonsagency.com | Feb 17 2022 20:30:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518249598 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:50 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518249596 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:38 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518249597 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:40 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518252042 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518249599 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:51 | Synchrony Bank/Walmart, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518249600 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:51 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518249601 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 17 2022 20:34:59 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518249602 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 17 2022 20:34:49 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518249603 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 17 2022 20:34:59 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518263729 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2022 20:35:04 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-19962-SLM    Doc 67    Filed 02/19/22    Entered 02/20/22 00:15:24    Desc Imaged
                              Certificate of Notice    Page 16 of 17

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: pdf901 | Total Noticed: 143 |

| 518249604 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
|---|---|---|---|---|
| | | | Feb 17 2022 20:34:49 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 518350428 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 17 2022 20:34:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 17 2022 20:29:00 | Verizon, P0 Box 15124, Albany, NY 12212-5124 |
| 518249606 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 17 2022 20:29:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518249607 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 17 2022 20:29:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518249608 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 17 2022 20:29:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518249609 | | Email/Text: bankruptcytn@wakeassoc.com | | |
| | | | Feb 17 2022 20:29:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518249610 | | Email/Text: bankruptcytn@wakeassoc.com | | |
| | | | Feb 17 2022 20:29:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 518249611 | | Email/Text: collections@wefloridafinancial.com | | |
| | | | Feb 17 2022 20:29:00 | We Florida Financial, Attn: Bankruptcy, P0 Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 102

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518249553 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda, PO Box 65507, Wilmington, DE 19808 |
| 518249492 | *+ | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249491 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249507 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998 |
| 518249514 | *+ | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249552 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249548 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249569 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249584 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249585 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249586 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249588 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249589 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249590 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249557 | ##+ | Hy Cite Enterprises, LLC, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |
| 518249558 | ##+ | Hy Cite Enterprises, LLC/Royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 518249559 | ##+ | Hy Cite Finance, 333 Holtzman Road, Madison, WI 53713-2109 |

TOTAL: 0 Undeliverable, 14 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 7 |
| Date Rcvd: Feb 17, 2022 | Form ID: pdf901 | Total Noticed: 143 |

Date: Feb 19, 2022          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

**Name**           **Email Address**

Denise E. Carlon
 on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
 on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Herbert B. Raymond
 on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jason Brett Schwartz
 on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

Kevin Gordon McDonald
 on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Phillip Andrew Raymond
 on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8