Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−19962−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jorge L Pauta | Edna G Flores |
| 149 Astor Street | 149 Astor Street |
| 1st Floor | 1st Floor |
| Newark, NJ 07114 | Newark, NJ 07114 |

Social Security No.:
  xxx−xx−7526                                                xxx−xx−4489

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/23/22 at 10:00 AM

to consider and act upon the following:

*68* − Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 149 Astor Street, Newark, NJ, 07114. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 41 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 03/7/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*69* − Certification in Opposition to (related document:68 Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 149 Astor Street, Newark, NJ, 07114. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING LLC, 41 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING LLC. Objection deadline is 03/7/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING LLC) filed by Herbert B. Raymond on behalf of Edna G Flores. (Raymond, Herbert)

Dated: 2/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court