Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−19962−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jorge L Pauta                                    Edna G Flores
   149 Astor Street                             149 Astor Street
   1st Floor                                                1st Floor
   Newark, NJ 07114                      Newark, NJ 07114

Social Security No.:
   xxx−xx−7526                                   xxx−xx−4489

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      4/19/22
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$1,400.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 21, 2022
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-19962-SLM
Jorge L Pauta  Chapter 13
Edna G Flores
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 7
Date Rcvd: Mar 21, 2022  Form ID: 137  Total Noticed: 143

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge L Pauta, Edna G Flores, 149 Astor Street, 1st Floor, Newark, NJ 07114-2711 |
| 518957142 | + | 1 Turnpike Plaza, Woodbridge, NJ 07095-1229 |
| 518249486 | + | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518249487 | + | Aes/Pheaa, Attn: Bankruptcy Department, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 518249488 | + | Aes/Pheaa, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 518249508 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518249502 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518249503 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518249506 | + | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 518249504 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518249505 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518293583 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518249510 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 518249512 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249528 | + | Citicards, PO Box 183068, Columbus, OH 43218-3068 |
| 518249531 | + | City of Newark, Division of Water Accounting and Cust. S, 920 Broad Street, Rm. 117, Newark, NJ 07102-2609 |
| 518249532 | + | City of Newark, PO Box 538, Water / Sewer Accounting, Newark, NJ 07101-0538 |
| 518249533 | + | City of Newark / Water, PO Box 64000, Newark, NJ 07101-8068 |
| 518249534 | + | City of Newark Dept. of Water & Sewer, Law Dept. RM 316, 920 Broad Street, Newark, NJ 07102-2672 |
| 518249541 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518249542 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 518249545 | + | EZ Violations Bureau, P0 Box 52005, Newark, NJ 07101-8205 |
| 518249546 | + | First Premier, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 518249562 | #+ | Kahuna Payment Solutions, Attn: Bankruptcy Department, 2714 Mcgraw Drive, Bloomington, IL 61704-6012 |
| 518249563 | + | Kahuna Payment Solutions, 1602 Tullamore Avenue, Bloomington, IL 61704-9624 |
| 518249580 | + | Onemain Financial, 655 Kearny Avenue, Suite 101, Kearny, NJ 07032-2942 |
| 518249581 | | PHEAA, PO Box 8147, Philadelphia, PA 19102 |
| 518249595 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518249594 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518249593 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518249613 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 518249612 | + | We Florida Financial, P0 Box 77404, Ewing, NJ 08628-6404 |
| 518249614 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518249616 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 518249618 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 518249615 | + | Wells Fargo Bank, Attn: Collections Manager, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518249617 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518347140 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

Case 19-19962-SLM    Doc 76    Filed 03/23/22    Entered 03/24/22 00:11:13    Desc Imaged
                          Certificate of Notice    Page 4 of 9

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: 137 | Total Noticed: 143 |

| | | |
|---|---|---|
| 518249619 | | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518249621 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518249620 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2022 20:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2022 20:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 20:20:54 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 20:20:54 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:20:53 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518249497 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 21 2022 20:18:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 518274805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 21 2022 20:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518249554 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 21 2022 20:18:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518249556 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 21 2022 20:18:00 | Honda Finance, PO Box 7829, Philadelphia, PA 19101-7870 |
| 518249500 | + | Email/Text: g20956@att.com | Mar 21 2022 20:18:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 518249501 | + | Email/Text: g20956@att.com | Mar 21 2022 20:18:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518346958 | + | Email/Text: g20956@att.com | Mar 21 2022 20:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518249489 | + | Email/Text: backoffice@affirm.com | Mar 21 2022 20:18:00 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249490 | + | Email/Text: backoffice@affirm.com | Mar 21 2022 20:18:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249494 | + | Email/Text: EBNProcessing@afni.com | Mar 21 2022 20:18:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518249493 | + | Email/Text: EBNProcessing@afni.com | Mar 21 2022 20:18:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518249496 | + | Email/Text: EBNProcessing@afni.com | Mar 21 2022 20:18:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 518249495 | + | Email/Text: EBNProcessing@afni.com | Mar 21 2022 20:18:00 | Afni, Inc., Attn: Bankruptcy, P0 Box 3427, Bloomington, IL 61702-3427 |
| 518249499 | + | Email/Text: bsimmons@amsher.com | Mar 21 2022 20:18:00 | AmSher Collection Service, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 518249498 | + | Email/Text: bsimmons@amsher.com | Mar 21 2022 20:18:00 | AmSher Collection Service, 4524 Southlake |

Case 19-19962-SLM    Doc 76    Filed 03/23/22    Entered 03/24/22 00:11:13    Desc Imaged
                    Certificate of Notice    Page 5 of 9

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: 137 | Total Noticed: 143 |

| | | | | |
|---|---|---|---|---|
| | | | | Parkway, Ste 15, Hoover, AL 35244-3271 |
| 518317806 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 20:21:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518249518 | + | Email/Text: ering@cbhv.com | Mar 21 2022 20:18:00 | CB/ HV, P0 Box 831, Newburgh, NY 12551-0831 |
| 518249519 | + | Email/Text: ering@cbhv.com | Mar 21 2022 20:18:00 | CB/ HV, 155 North Plank Road, PO Box 831, Newburgh, NY 12551-0831 |
| 518249530 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:01 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518249509 | + | Email/Text: bcwrtoff@cablevision.com | Mar 21 2022 20:18:00 | Cable Vision, 360 Central Avenue, Newark, NJ 07103-2808 |
| 518249511 | | Email/Text: bcwrtoff@cablevision.com | Mar 21 2022 20:18:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 518249513 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2022 20:21:00 | Capital One Auto, P0 Box 260848, Plano, TX 75026-0848 |
| 518249516 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2022 20:21:05 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518249515 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2022 20:21:05 | Capital One Auto Finance, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518249517 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2022 20:20:55 | Capital One Auto Finance, 3901 N Dallas Parkway, Plano, TX 75093-7864 |
| 518259935 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 20:20:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518312673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2022 20:20:54 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518249526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:02 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518249525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:06 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518249524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:02 | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518249527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:02 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518249529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 20:21:06 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518249535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2022 20:18:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518249537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2022 20:18:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518249536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2022 20:18:00 | Comenity Bank, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518249538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2022 20:18:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518249539 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 21 2022 20:18:00 | Convergant Inc., PO Box 9021, 800 SW 39th Street, Renton, WA 98057-4927 |
| 518249540 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 21 2022 20:18:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 518356267 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2022 20:21:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

Case 19-19962-SLM    Doc 76    Filed 03/23/22    Entered 03/24/22 00:11:13    Desc Imaged
                               Certificate of Notice    Page 6 of 9

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: 137 | Total Noticed: 143 |

| | | | | |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 518249551 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2022 20:21:04 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518249550 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2022 20:20:54 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518249549 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2022 20:20:59 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249547 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 21 2022 20:20:59 | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249555 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 21 2022 20:18:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518249560 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 21 2022 20:18:00 | IC Systems, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 518249561 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 21 2022 20:18:00 | IC Systems, 444 Highway 96 East, PO Box 64887, Saint Paul, MN 55164-0887 |
| 518249520 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2022 20:20:52 | Chase Auto Finance, Attn: Bankruptcy, P0 Box 901076, Fort Worth, TX 76101 |
| 518249521 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2022 20:21:04 | Chase Auto Finance, P0 Box 901003, Ft Worth, TX 76101 |
| 518249522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2022 20:21:04 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 518249523 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2022 20:20:58 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518369868 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518249567 | + | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 518249564 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M & T Bank, Attn: Bankruptcy, P0 Box 844, Buffalo, NY 14240 |
| 518249566 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M & T Bank, One Fountain Place, 3rd Floor, Buffalo, NY 14203 |
| 518249565 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518249568 | | Email/Text: camanagement@mtb.com | Mar 21 2022 20:18:00 | M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249571 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2022 20:18:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518249570 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2022 20:18:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 518249572 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2022 20:18:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 518249573 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 21 2022 20:18:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 518249543 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 21 2022 20:18:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 518249544 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 21 2022 20:18:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 518249574 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:20:59 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518270173 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:21:04 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |

| Case 19-19962-SLM | Doc 76 | Filed 03/23/22 | Entered 03/24/22 00:11:13 | Desc Imaged |
Certificate of Notice Page 7 of 9

| District/off: 0312-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Mar 21, 2022 | Form ID: 137 | Total Noticed: 143 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518249577 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:20:58 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518249576 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:21:04 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 518249575 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:21:05 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518249578 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:20:53 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 518249579 | + | Email/PDF: cbp@onemainfinancial.com | Mar 21 2022 20:21:04 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518370316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2022 20:21:05 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2022 20:21:05 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2022 20:21:00 | | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518249582 | | Email/Text: signed.order@pfwattorneys.com | Mar 21 2022 20:18:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518323844 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 21 2022 20:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518249583 | + | Email/Text: clientservices@simonsagency.com | Mar 21 2022 20:18:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249587 | + | Email/Text: clientservices@simonsagency.com | Mar 21 2022 20:18:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249591 | + | Email/Text: clientservices@simonsagency.com | Mar 21 2022 20:18:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518249592 | + | Email/Text: clientservices@simonsagency.com | Mar 21 2022 20:18:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518249598 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:04 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518249596 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:04 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518249597 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:04 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518252042 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:20:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518249599 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:20:58 | Synchrony Bank/Walmart, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518249600 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 20:21:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518249601 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 21 2022 20:20:52 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518249602 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 21 2022 20:21:03 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518249603 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 21 2022 20:21:03 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518263729 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2022 20:20:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recip ID | | | | |
|---|---|---|---|---|
| 518249604 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 21 2022 20:20:52 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 518350428 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2022 20:20:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2022 20:17:00 | Verizon, P0 Box 15124, Albany, NY 12212-5124 |
| 518249606 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2022 20:17:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518249607 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2022 20:17:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518249608 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2022 20:18:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518249609 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 21 2022 20:18:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518249610 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 21 2022 20:18:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 518249611 | | Email/Text: collections@wefloridafinancial.com | Mar 21 2022 20:18:00 | We Florida Financial, Attn: Bankruptcy, P0 Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 102

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518249553 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda, PO Box 65507, Wilmington, DE 19808 |
| 518249492 | *+ | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249491 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249507 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998 |
| 518249514 | *+ | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249552 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249548 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249569 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249584 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249585 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249586 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249588 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249589 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249590 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249557 | ##+ | Hy Cite Enterprises, LLC, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |
| 518249558 | ##+ | Hy Cite Enterprises, LLC/Royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 518249559 | ##+ | Hy Cite Finance, 333 Holtzman Road, Madison, WI 53713-2109 |

TOTAL: 0 Undeliverable, 14 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8