Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19962−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jorge L Pauta
149 Astor Street
1st Floor
Newark, NJ 07114

Edna G Flores
149 Astor Street
1st Floor
Newark, NJ 07114

Social Security No.:
xxx−xx−7526                                    xxx−xx−4489

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      5/17/22
Time:      02:30 PM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$2,900.00

EXPENSES
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 18, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

Case 19-19962-SLM    Doc 85    Filed 04/20/22    Entered 04/21/22 00:16:49    Desc Imaged
Certificate of Notice    Page 2 of 9

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 19-19962-SLM
Jorge L Pauta                                                                                     Chapter 13
Edna G Flores
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                        Page 1 of 7
Date Rcvd: Apr 18, 2022           Form ID: 137                    Total Noticed: 144

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge L Pauta, Edna G Flores, 149 Astor Street, 1st Floor, Newark, NJ 07114-2711 |
| 518957142 | + | 1 Turnpike Plaza, Woodbridge, NJ 07095-1229 |
| 518249486 | + | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518249488 | + | Aes/Pheaa, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 518249487 | + | Aes/Pheaa, Attn: Bankruptcy Department, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 518249508 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518249507 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998 |
| 518249502 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518249503 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518249506 | + | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 518249505 | + | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518249504 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518293583 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518249510 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 518249512 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249528 | + | Citicards, PO Box 183068, Columbus, OH 43218-3068 |
| 518249531 | + | City of Newark, Division of Water Accounting and Cust. S, 920 Broad Street, Rm. 117, Newark, NJ 07102-2609 |
| 518249532 | + | City of Newark, PO Box 538, Water / Sewer Accounting, Newark, NJ 07101-0538 |
| 518249533 | + | City of Newark / Water, PO Box 64000, Newark, NJ 07101-8068 |
| 518249534 | + | City of Newark Dept. of Water & Sewer, Law Dept. RM 316, 920 Broad Street, Newark, NJ 07102-2672 |
| 518249541 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518249542 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 518249545 | + | EZ Violations Bureau, P0 Box 52005, Newark, NJ 07101-8205 |
| 518249546 | + | First Premier, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 518249562 | #+ | Kahuna Payment Solutions, Attn: Bankruptcy Department, 2714 Mcgraw Drive, Bloomington, IL 61704-6012 |
| 518249563 | + | Kahuna Payment Solutions, 1602 Tullamore Avenue, Bloomington, IL 61704-9624 |
| 518249580 | + | Onemain Financial, 655 Kearny Avenue, Suite 101, Kearny, NJ 07032-2942 |
| 518249581 | | PHEAA, PO Box 8147, Philadelphia, PA 19102 |
| 518249593 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518249594 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518249595 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518249613 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 518249612 | + | We Florida Financial, P0 Box 77404, Ewing, NJ 08628-6404 |
| 518249614 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518249616 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 518249618 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 518249615 | + | Wells Fargo Bank, Attn: Collections Manager, 7000 Vista Drive, West Des Moines, IA 50266-9310 |

Case 19-19962-SLM  Doc 85  Filed 04/20/22  Entered 04/21/22 00:16:49  Desc Imaged
Certificate of Notice  Page 4 of 9

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 137 | Total Noticed: 144 |

| | | |
|---|---|---|
| 518249617 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518347140 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518249619 | | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518249621 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518249620 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2022 20:46:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2022 20:46:07 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:03 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518249486 | + | Email/Text: bncnotifications@pheaa.org | Apr 18 2022 20:42:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518249497 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 18 2022 20:43:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 518274805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 18 2022 20:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518249554 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 18 2022 20:43:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518249556 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 18 2022 20:43:00 | Honda Finance, PO Box 7829, Philadelphia, PA 19101-7870 |
| 518249500 | + | Email/Text: g20956@att.com | Apr 18 2022 20:43:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 518249501 | + | Email/Text: g20956@att.com | Apr 18 2022 20:43:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518346958 | + | Email/Text: g20956@att.com | Apr 18 2022 20:43:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518249488 | + | Email/Text: bncnotifications@pheaa.org | Apr 18 2022 20:42:00 | Aes/Pheaa, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 518249487 | + | Email/Text: bncnotifications@pheaa.org | Apr 18 2022 20:42:00 | Aes/Pheaa, Attn: Bankruptcy Department, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 518249489 | + | Email/Text: backoffice@affirm.com | Apr 18 2022 20:43:00 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249490 | + | Email/Text: backoffice@affirm.com | Apr 18 2022 20:43:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249494 | + | Email/Text: EBNProcessing@afni.com | Apr 18 2022 20:43:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518249493 | + | Email/Text: EBNProcessing@afni.com | Apr 18 2022 20:43:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |

| Notice # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518249496 | + | Email/Text: EBNProcessing@afni.com | Apr 18 2022 20:43:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 518249495 | + | Email/Text: EBNProcessing@afni.com | Apr 18 2022 20:43:00 | Afni, Inc., Attn: Bankruptcy, P0 Box 3427, Bloomington, IL 61702-3427 |
| 518249499 | + | Email/Text: bsimmons@amsher.com | Apr 18 2022 20:43:00 | AmSher Collection Service, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 518249498 | + | Email/Text: bsimmons@amsher.com | Apr 18 2022 20:43:00 | AmSher Collection Service, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 518317806 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518249508 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518249507 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 518249503 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518249502 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518249505 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518249506 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 518293583 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518249518 | + | Email/Text: ering@cbhv.com | Apr 18 2022 20:43:00 | CB/ HV, P0 Box 831, Newburgh, NY 12551-0831 |
| 518249519 | + | Email/Text: ering@cbhv.com | Apr 18 2022 20:43:00 | CB/ HV, 155 North Plank Road, PO Box 831, Newburgh, NY 12551-0831 |
| 518249530 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2022 20:46:22 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518249509 | + | Email/Text: bcwrtoff@cablevision.com | Apr 18 2022 20:43:00 | Cable Vision, 360 Central Avenue, Newark, NJ 07103-2808 |
| 518249511 | | Email/Text: bcwrtoff@cablevision.com | Apr 18 2022 20:43:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 518249513 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 18 2022 20:46:21 | Capital One Auto, P0 Box 260848, Plano, TX 75026-0848 |
| 518249516 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 18 2022 20:46:30 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518249515 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 18 2022 20:46:08 | Capital One Auto Finance, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518249517 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 18 2022 20:46:30 | Capital One Auto Finance, 3901 N Dallas Parkway, Plano, TX 75093-7864 |
| 518259935 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2022 20:46:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518312673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2022 20:46:20 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518249526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2022 20:46:31 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518249525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2022 20:46:25 | Citibank, PO Box 6500, Sioux Falls, SD |

Case 19-19962-SLM    Doc 85    Filed 04/20/22    Entered 04/21/22 00:16:49    Desc Imaged
                                Certificate of Notice    Page 6 of 9

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 137 | Total Noticed: 144 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6500 |
| 518249524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 18 2022 20:46:22 | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518249527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 18 2022 20:46:11 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518249529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 18 2022 20:46:22 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518249535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 18 2022 20:42:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518249537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 18 2022 20:42:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518249536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 18 2022 20:42:00 | Comenity Bank, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518249538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 18 2022 20:42:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518249539 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Apr 18 2022 20:43:00 | Convergant Inc., PO Box 9021, 800 SW 39th Street, Renton, WA 98057-4927 |
| 518249540 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Apr 18 2022 20:43:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 518356267 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 18 2022 20:46:21 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249551 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:07 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518249550 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:07 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518249549 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:07 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249547 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:20 | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249555 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Apr 18 2022 20:43:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518249560 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Apr 18 2022 20:43:00 | IC Systems, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 518249561 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Apr 18 2022 20:43:00 | IC Systems, 444 Highway 96 East, PO Box 64887, Saint Paul, MN 55164-0887 |
| 518249520 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:27 | Chase Auto Finance, Attn: Bankruptcy, P0 Box 901076, Fort Worth, TX 76101 |
| 518249521 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:04 | Chase Auto Finance, P0 Box 901003, Ft Worth, TX 76101 |
| 518249522 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:27 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 518249523 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 18 2022 20:46:27 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518369868 | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 18 2022 20:42:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518249567 | + | Email/Text: camanagement@mtb.com | | |
| | | | Apr 18 2022 20:42:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 518249564 | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 18 2022 20:42:00 | M & T Bank, Attn: Bankruptcy, P0 Box 844, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240 |
| 518249566 | | Email/Text: camanagement@mtb.com | Apr 18 2022 20:42:00 | M & T Bank, One Fountain Place, 3rd Floor, Buffalo, NY 14203 |
| 518249565 | | Email/Text: camanagement@mtb.com | Apr 18 2022 20:42:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518249568 | | Email/Text: camanagement@mtb.com | Apr 18 2022 20:42:00 | M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249571 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 20:43:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 518249570 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 20:43:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 518249572 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2022 20:43:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 518249573 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 18 2022 20:42:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 518249543 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 18 2022 20:42:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 518249544 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 18 2022 20:42:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 518249574 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:17 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518270173 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:17 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518249577 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:03 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518249576 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:17 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 518249575 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:03 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518249578 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:03 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 518249579 | + | Email/PDF: cbp@onemainfinancial.com | Apr 18 2022 20:46:16 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518370316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2022 20:46:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2022 20:46:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2022 20:46:21 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518249582 | | Email/Text: signed.order@pfwattorneys.com | Apr 18 2022 20:42:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518323844 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2022 20:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518249583 | + | Email/Text: clientservices@simonsagency.com | Apr 18 2022 20:43:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249587 | + | Email/Text: clientservices@simonsagency.com | Apr 18 2022 20:43:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249591 | + | Email/Text: clientservices@simonsagency.com | Apr 18 2022 20:43:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518249592 | + | Email/Text: clientservices@simonsagency.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 18 2022 20:43:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518249598 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:31 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518249596 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:28 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518249597 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:03 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518252042 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518249599 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:03 | Synchrony Bank/Walmart, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518249600 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:05 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518249601 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 18 2022 20:46:03 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518249602 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 18 2022 20:46:27 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518249603 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 18 2022 20:46:27 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518263729 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2022 20:46:30 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249604 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 18 2022 20:46:03 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 518350428 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2022 20:46:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 18 2022 20:42:00 | Verizon, P0 Box 15124, Albany, NY 12212-5124 |
| 518249606 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 18 2022 20:42:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518249607 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 18 2022 20:42:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518249608 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 18 2022 20:42:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518249609 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 18 2022 20:42:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518249610 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 18 2022 20:42:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 518249611 | | Email/Text: collections@wefloridafinancial.com | Apr 18 2022 20:42:00 | We Florida Financial, Attn: Bankruptcy, P0 Box 14548, Fort Lauderdale, FL 33302 |

TOTAL: 112

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518249553 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda, PO Box 65507, Wilmington, DE 19808 |
| 518249492 | *+ | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249491 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249514 | *+ | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249552 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| | | |
|---|---|---|
| 518249548 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249569 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249584 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249585 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249586 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249588 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249589 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249590 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249557 | ##+ | Hy Cite Enterprises, LLC, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |
| 518249558 | ##+ | Hy Cite Enterprises, LLC/Royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 518249559 | ##+ | Hy Cite Finance, 333 Holtzman Road, Madison, WI 53713-2109 |

TOTAL: 0 Undeliverable, 13 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8