| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | Order Filed on May 17, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JORGE PAUTA<br>EDNA FLORES,<br><br>DEBTOR(S) | Case No.: 19-19962   (SLM)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: STACEY MEISEL |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: May 17, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Jorge Pauta
        Edna Flores, Debtor(s)

Case no.: 19-19962  (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$2,900.00** for services rendered and expenses in the amount **$60.00**   for a total of **$2,960.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.


   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19962-SLM |
| Jorge L Pauta | Chapter 13 |
| Edna G Flores | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jorge L Pauta, Edna G Flores, 149 Astor Street, 1st Floor, Newark, NJ 07114-2711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Marie-Ann Greenberg | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8