Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19962−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jorge L Pauta
149 Astor Street
1st Floor
Newark, NJ 07114

Edna G Flores
149 Astor Street
1st Floor
Newark, NJ 07114

Social Security No.:
xxx−xx−7526                    xxx−xx−4489

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 26, 2022.

Dated: October 26, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19962-SLM |
| Jorge L Pauta | Chapter 13 |
| Edna G Flores | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 144 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge L Pauta, Edna G Flores, 149 Astor Street, 1st Floor, Newark, NJ 07114-2711 |
| 518957142 | + | 1 Turnpike Plaza, Woodbridge, NJ 07095-1229 |
| 518249504 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 518249510 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 518249512 | + | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249528 | + | Citicards, PO Box 183068, Columbus, OH 43218-3068 |
| 518249531 | + | City of Newark, Division of Water Accounting and Cust. S, 920 Broad Street, Rm. 117, Newark, NJ 07102-2609 |
| 518249532 | + | City of Newark, PO Box 538, Water / Sewer Accounting, Newark, NJ 07101-0538 |
| 518249533 | + | City of Newark / Water, PO Box 64000, Newark, NJ 07101-8068 |
| 518249534 | + | City of Newark Dept. of Water & Sewer, Law Dept. RM 316, 920 Broad Street, Newark, NJ 07102-2672 |
| 518249542 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 518249545 | + | EZ Violations Bureau, P0 Box 52005, Newark, NJ 07101-8205 |
| 518249546 | + | First Premier, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 518249563 | + | Kahuna Payment Solutions, 1602 Tullamore Avenue, Bloomington, IL 61704-9624 |
| 518249580 | + | Onemain Financial, 655 Kearny Avenue, Suite 101, Kearny, NJ 07032-2942 |
| 518249581 | | PHEAA, PO Box 8147, Philadelphia, PA 19102 |
| 518249595 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518249594 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518249593 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518249613 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 518249612 | + | We Florida Financial, P0 Box 77404, Ewing, NJ 08628-6404 |
| 518249614 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518249616 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 518249618 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 518249615 | + | Wells Fargo Bank, Attn: Collections Manager, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518249617 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518249621 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518249620 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2022 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-19962-SLM    Doc 94    Filed 10/28/22    Entered 10/29/22 00:16:30    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 144 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 20:28:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 20:27:39 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | | + Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:27:29 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518249486 | | + Email/Text: bncnotifications@pheaa.org | Oct 26 2022 20:24:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518249497 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2022 20:24:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 518274805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2022 20:24:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518249554 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2022 20:24:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518249553 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2022 20:24:00 | Honda, PO Box 65507, Wilmington, DE 19808 |
| 518249556 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2022 20:24:00 | Honda Finance, PO Box 7829, Philadelphia, PA 19101-7870 |
| 518249500 | | + Email/Text: g20956@att.com | Oct 26 2022 20:24:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 518249501 | | + Email/Text: g20956@att.com | Oct 26 2022 20:24:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518346958 | | + Email/Text: g20956@att.com | Oct 26 2022 20:24:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518249488 | | + Email/Text: bncnotifications@pheaa.org | Oct 26 2022 20:24:00 | Aes/Pheaa, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 518249487 | | + Email/Text: bncnotifications@pheaa.org | Oct 26 2022 20:24:00 | Aes/Pheaa, Attn: Bankruptcy Department, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 518249489 | | + Email/Text: backoffice@affirm.com | Oct 26 2022 20:24:00 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249490 | | + Email/Text: backoffice@affirm.com | Oct 26 2022 20:24:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249494 | | + Email/Text: EBNProcessing@afni.com | Oct 26 2022 20:24:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518249493 | | + Email/Text: EBNProcessing@afni.com | Oct 26 2022 20:24:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518249496 | | + Email/Text: EBNProcessing@afni.com | Oct 26 2022 20:24:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 518249495 | | + Email/Text: EBNProcessing@afni.com | Oct 26 2022 20:24:00 | Afni, Inc., Attn: Bankruptcy, P0 Box 3427, Bloomington, IL 61702-3427 |
| 518249499 | | + Email/Text: bsimmons@amsher.com | Oct 26 2022 20:24:00 | AmSher Collection Service, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 518249498 | | + Email/Text: bsimmons@amsher.com | Oct 26 2022 20:24:00 | AmSher Collection Service, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 518317806 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 20:45:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518249508 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 20:23:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |

Case 19-19962-SLM    Doc 94    Filed 10/28/22    Entered 10/29/22 00:16:30    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 144 |

| | | | | |
|---|---|---|---|---|
| 518249507 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 20:23:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 518249503 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 20:23:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518249502 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 20:23:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518249505 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2022 20:24:00 | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518249506 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 20:23:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 518293583 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2022 20:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518249518 | + | Email/Text: ering@cbhv.com | Oct 26 2022 20:24:00 | CB/ HV, P0 Box 831, Newburgh, NY 12551-0831 |
| 518249519 | + | Email/Text: ering@cbhv.com | Oct 26 2022 20:24:00 | CB/ HV, 155 North Plank Road, PO Box 831, Newburgh, NY 12551-0831 |
| 518249530 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 20:45:22 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518249509 | + | Email/Text: bcwrtoff@cablevision.com | Oct 26 2022 20:24:00 | Cable Vision, 360 Central Avenue, Newark, NJ 07103-2808 |
| 518249511 | | Email/Text: bcwrtoff@cablevision.com | Oct 26 2022 20:24:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 518249513 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2022 20:28:08 | Capital One Auto, P0 Box 260848, Plano, TX 75026-0848 |
| 518249516 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2022 20:28:27 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518249515 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2022 20:28:27 | Capital One Auto Finance, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518249517 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2022 20:45:12 | Capital One Auto Finance, 3901 N Dallas Parkway, Plano, TX 75093-7864 |
| 518259935 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 20:27:40 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518312673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 20:27:43 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518249526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 20:28:29 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518249525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 20:45:14 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518249524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 20:45:14 | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518249527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 20:45:14 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO 63179-0034 |
| 518249529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 20:45:14 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518249535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 20:24:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518249537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 20:24:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518249536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 20:24:00 | Comenity Bank, Attn: Bankruptcy Department, P0 |

| | | | | |
|---|---|---|---|---|
| Case 19-19962-SLM | Doc 94 | Filed 10/28/22 | Entered 10/29/22 00:16:30 | Desc Imaged |
| | | Certificate of Notice | Page 5 of 8 | |

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 144 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 518249538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2022 20:24:00 | | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518249539 | + | Email/Text: convergent@ebn.phinsolutions.com Oct 26 2022 20:24:00 | | Convergant Inc., PO Box 9021, 800 SW 39th Street, Renton, WA 98057-4927 |
| 518249540 | + | Email/Text: convergent@ebn.phinsolutions.com Oct 26 2022 20:24:00 | | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 518356267 | + | Email/PDF: ebn_ais@aisinfo.com Oct 26 2022 20:28:07 | | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249541 | | Email/Text: bankruptcydepartment@tsico.com Oct 26 2022 20:24:00 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518249551 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Oct 26 2022 20:28:25 | | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518249550 | | Email/PDF: ais.fpc.ebn@aisinfo.com Oct 26 2022 20:28:26 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518249549 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Oct 26 2022 20:27:43 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249547 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Oct 26 2022 20:28:07 | | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249555 | | Email/Text: ebnbankruptcy@ahm.honda.com Oct 26 2022 20:24:00 | | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518249561 | | Email/Text: Bankruptcy@ICSystem.com Oct 26 2022 20:24:00 | | IC Systems, 444 Highway 96 East, PO Box 64887, Saint Paul, MN 55164 |
| 518249560 | | Email/Text: Bankruptcy@ICSystem.com Oct 26 2022 20:24:00 | | IC Systems, P0 Box 64378, Saint Paul, MN 55164 |
| 518249520 | | Email/PDF: ais.chase.ebn@aisinfo.com Oct 26 2022 20:28:23 | | Chase Auto Finance, Attn: Bankruptcy, P0 Box 901076, Fort Worth, TX 76101 |
| 518249521 | | Email/PDF: ais.chase.ebn@aisinfo.com Oct 26 2022 20:28:03 | | Chase Auto Finance, P0 Box 901003, Ft Worth, TX 76101 |
| 518249522 | | Email/PDF: ais.chase.ebn@aisinfo.com Oct 26 2022 20:28:03 | | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 518249523 | | Email/PDF: ais.chase.ebn@aisinfo.com Oct 26 2022 20:28:03 | | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 518369868 | ^ | MEBN Oct 26 2022 20:22:30 | | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518249567 | + | Email/Text: camanagement@mtb.com Oct 26 2022 20:24:00 | | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 518249564 | | Email/Text: camanagement@mtb.com Oct 26 2022 20:24:00 | | M & T Bank, Attn: Bankruptcy, P0 Box 844, Buffalo, NY 14240 |
| 518249566 | | Email/Text: camanagement@mtb.com Oct 26 2022 20:24:00 | | M & T Bank, One Fountain Place, 3rd Floor, Buffalo, NY 14203 |
| 518249565 | | Email/Text: camanagement@mtb.com Oct 26 2022 20:24:00 | | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518249568 | | Email/Text: camanagement@mtb.com Oct 26 2022 20:24:00 | | M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249571 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 26 2022 20:24:00 | | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 518249570 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 26 2022 20:24:00 | | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 518249572 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 26 2022 20:24:00 | | Midland Funding, P0 Box 2001, Warren, MI |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 518249573 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 26 2022 20:23:00 | 48090-2001<br>NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 518249543 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 26 2022 20:23:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 518249544 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 26 2022 20:23:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 518249574 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:27:29 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518270173 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:27:29 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518249577 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:28:03 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518249576 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:28:22 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 518249575 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:27:36 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518249578 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:28:23 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 518249579 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 20:27:29 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518370316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 20:28:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 20:28:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 20:45:13 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518249582 | | Email/Text: signed.order@pfwattorneys.com | Oct 26 2022 20:23:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518323844 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 20:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518249583 | + | Email/Text: clientservices@simonsagency.com | Oct 26 2022 20:24:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249587 | + | Email/Text: clientservices@simonsagency.com | Oct 26 2022 20:24:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249591 | + | Email/Text: clientservices@simonsagency.com | Oct 26 2022 20:24:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518249592 | + | Email/Text: clientservices@simonsagency.com | Oct 26 2022 20:24:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518249598 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:28:03 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518249596 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:27:29 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518249597 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:27:36 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518252042 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:27:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518249599 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:28:05 | Synchrony Bank/Walmart, Attn: Bankruptcy, P0 |

Case 19-19962-SLM    Doc 94    Filed 10/28/22    Entered 10/29/22 00:16:30    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: plncf13 | Total Noticed: 144 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 518249600 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 20:27:38 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518249601 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 26 2022 20:28:22 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518249602 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 26 2022 20:28:22 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518249603 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 26 2022 20:28:03 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518263729 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 20:27:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249604 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 26 2022 20:27:29 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 518350428 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 20:28:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249605 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 20:23:00 | Verizon, P0 Box 15124, Albany, NY 12212-5124 |
| 518249606 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 20:23:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518249607 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 20:23:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518249608 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2022 20:23:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518249609 | | Email/Text: bankruptcytn@wakeassoc.com | Oct 26 2022 20:23:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518249610 | | Email/Text: bankruptcytn@wakeassoc.com | Oct 26 2022 20:23:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 518249611 | | Email/Text: membersolutions@wefloridafinancial.com | Oct 26 2022 20:23:00 | We Florida Financial, Attn: Bankruptcy, P0 Box 14548, Fort Lauderdale, FL 33302 |
| 518347140 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2022 20:27:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518249619 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2022 20:28:06 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 116

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518249492 | *+ | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249491 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249514 | *+ | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249552 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249548 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249569 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249584 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249585 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249586 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249588 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249589 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249590 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249557 | ##+ | Hy Cite Enterprises, LLC, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713-2109 |

| | | |
|---|---|---|
| 518249558 | ##+ | Hy Cite Enterprises, LLC/Royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 518249559 | ##+ | Hy Cite Finance, 333 Holtzman Road, Madison, WI 53713-2109 |
| 518249562 | ##+ | Kahuna Payment Solutions, Attn: Bankruptcy Department, 2714 Mcgraw Drive, Bloomington, IL 61704-6012 |

TOTAL: 0 Undeliverable, 12 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8