HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  JORGE L PAUTA  
EDNA G FLORES  
149 ASTOR STREET  
1ST FLOOR  
NEWARK, NJ  07114

Atty:  HERBERT B. RAYMOND, ESQ.  
7 GLENWOOD AVENUE  
4TH FLOOR SUITE 408  
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 19-19962

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,640.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/21/2019 | $350.00 | 17989937816 | 07/08/2019 | $350.00 | 6000139000 |
| 08/05/2019 | $350.00 | 6070760000 | 09/20/2019 | $455.00 | 17672623195 |
| 10/15/2019 | $455.00 | 6253066000 | 11/08/2019 | $455.00 | 6317015000 |
| 12/03/2019 | $455.00 | 6375042000 | 01/06/2020 | $464.00 | 6456152000 |
| 02/10/2020 | $464.00 | 6549643000 | 03/05/2020 | $464.00 | 6616845000 |
| 04/08/2020 | $464.00 | 6698902000 | 06/15/2020 | $510.00 | 6867711000 |
| 06/17/2020 | $510.00 | 6870549000 | 07/13/2020 | $510.00 | 6937031000 |
| 08/10/2020 | $510.00 | 7003610000 | 09/08/2020 | $579.00 | 7072521000 |
| 10/06/2020 | $579.00 | 7141237000 | 11/09/2020 | $579.00 | 7218101000 |
| 12/10/2020 | $579.00 | 7297838000 | 01/11/2021 | $579.00 | 7367810000 |
| 02/17/2021 | $579.00 | 7459335000 | 03/08/2021 | $579.00 | 7510075000 |
| 04/06/2021 | $579.00 | 7582462000 | 05/06/2021 | $579.00 | 7655084000 |
| 06/10/2021 | $579.00 | 7733165000 | 07/06/2021 | $579.00 | 7786843000 |
| 08/03/2021 | $579.00 | 7857167000 | 09/08/2021 | $579.00 | 7933909000 |
| 10/08/2021 | $579.00 | 8004085000 | 11/15/2021 | $200.00 | 8078218000 |
| 12/06/2021 | $200.00 | 8129099000 | 01/04/2022 | $200.00 | 8188047000 |
| 02/07/2022 | $400.00 | 8260628000 | 02/16/2022 | $700.00 | 8280222000 |
| 03/10/2022 | $400.00 | 8331984000 | 04/11/2022 | $400.00 | 8397286000 |
| 05/06/2022 | $400.00 | 8451679000 | 06/08/2022 | $400.00 | 8517491000 |
| 07/11/2022 | $400.00 | 8581805000 | 08/08/2022 | $700.00 | 8638364000 |
| 09/15/2022 | $700.00 | 8709459000 | 10/11/2022 | $697.00 | 8756978000 |
| 11/07/2022 | $700.00 | 8813874000 | 12/14/2022 | $697.00 | 8881257000 |
| 01/09/2023 | $697.00 | 8930502000 | | | |

**Total Receipts:  $22,763.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $22,763.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

**Chapter 13 Case # 19-19962**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 07/20/2020 | $14.29 | 852,297 | | 08/17/2020 | $71.75 | 854,163 |
| | 09/21/2020 | $28.72 | 855,978 | | 09/21/2020 | $234.25 | 855,978 |
| | 10/19/2020 | $13.28 | 857,863 | | 10/19/2020 | $64.77 | 857,863 |
| | 11/16/2020 | $9.20 | 859,657 | | 11/16/2020 | $64.77 | 859,657 |
| | 12/21/2020 | $9.20 | 861,474 | | 12/21/2020 | $64.77 | 861,474 |
| | 01/11/2021 | $9.20 | 863,263 | | 01/11/2021 | $64.77 | 863,263 |
| | 02/22/2021 | $9.20 | 864,939 | | 02/22/2021 | $64.77 | 864,939 |
| | 04/19/2021 | $18.41 | 868,473 | | 04/19/2021 | $129.54 | 868,473 |
| | 05/17/2021 | $9.20 | 870,374 | | 05/17/2021 | $64.77 | 870,374 |
| | 06/21/2021 | $9.35 | 872,181 | | 06/21/2021 | $65.82 | 872,181 |
| | 07/19/2021 | $9.35 | 873,980 | | 07/19/2021 | $65.82 | 873,980 |
| | 08/16/2021 | $9.35 | 875,660 | | 08/16/2021 | $65.82 | 875,660 |
| | 09/20/2021 | $9.35 | 877,392 | | 09/20/2021 | $65.82 | 877,392 |
| | 10/18/2021 | $9.35 | 879,172 | | 10/18/2021 | $65.82 | 879,172 |
| | 11/17/2021 | $9.45 | 880,879 | | 11/17/2021 | $66.52 | 880,879 |
| | 01/10/2022 | $6.53 | 884,169 | | 01/10/2022 | $45.96 | 884,169 |
| | 02/14/2022 | $22.98 | 885,860 | | 03/14/2022 | $9.80 | 887,565 |
| | 03/14/2022 | $45.96 | 887,565 | | 09/19/2022 | $21.55 | 897,559 |
| | 10/17/2022 | $9.72 | 899,226 | | 10/17/2022 | $46.88 | 899,226 |
| | 11/14/2022 | $6.50 | 900,802 | | 11/14/2022 | $45.71 | 900,802 |
| | 12/12/2022 | $32.03 | 902,358 | | | | |
| CITY OF NEWARK DEPT. OF WATER & SEWER UTILITIES | | | | | | | |
| | 07/20/2020 | $11.24 | 852,346 | | 10/19/2020 | $10.45 | 857,907 |
| | 11/16/2020 | $7.24 | 859,701 | | 12/21/2020 | $7.24 | 861,520 |
| | 01/11/2021 | $7.24 | 863,306 | | 02/22/2021 | $7.24 | 864,991 |
| | 04/19/2021 | $14.47 | 868,524 | | 05/17/2021 | $7.24 | 870,422 |
| | 06/21/2021 | $7.35 | 872,233 | | 07/19/2021 | $7.35 | 874,030 |
| | 08/16/2021 | $7.35 | 875,712 | | 09/20/2021 | $7.36 | 877,441 |
| | 10/18/2021 | $7.35 | 879,221 | | 11/17/2021 | $7.43 | 880,928 |
| | 01/10/2022 | $5.14 | 884,216 | | 03/14/2022 | $7.71 | 887,618 |
| | 10/17/2022 | $7.65 | 899,272 | | 11/14/2022 | $5.11 | 900,848 |
| M & T MORTGAGE | | | | | | | |
| | 07/20/2020 | $364.29 | 852,609 | | 09/21/2020 | $104.06 | 856,304 |
| | 10/19/2020 | $234.65 | 858,165 | | 11/16/2020 | $234.66 | 859,952 |
| | 12/21/2020 | $234.65 | 861,788 | | 01/11/2021 | $234.66 | 863,546 |
| | 02/22/2021 | $234.65 | 865,290 | | 04/19/2021 | $469.31 | 868,818 |
| | 05/17/2021 | $234.66 | 870,705 | | 06/21/2021 | $238.46 | 872,508 |
| | 07/19/2021 | $238.46 | 874,286 | | 08/16/2021 | $238.46 | 875,976 |
| | 09/20/2021 | $238.46 | 877,729 | | 10/18/2021 | $238.46 | 879,475 |
| | 11/17/2021 | $241.00 | 881,190 | | 01/10/2022 | $166.49 | 884,460 |
| | 02/14/2022 | $83.24 | 886,170 | | 03/14/2022 | $166.49 | 887,867 |
| | 09/19/2022 | $210.39 | 897,870 | | 10/17/2022 | $457.69 | 899,521 |
| | 11/14/2022 | $446.29 | 901,086 | | 12/12/2022 | $312.70 | 902,637 |
| M&T BANK | | | | | | | |
| | 07/20/2020 | $341.10 | 852,612 | | 09/21/2020 | $97.43 | 856,307 |
| | 10/19/2020 | $219.71 | 858,167 | | 11/16/2020 | $219.72 | 859,954 |
| | 12/21/2020 | $219.71 | 861,791 | | 01/11/2021 | $219.72 | 863,548 |
| | 02/22/2021 | $219.71 | 865,293 | | 04/19/2021 | $439.43 | 868,821 |
| | 05/17/2021 | $219.72 | 870,707 | | 06/21/2021 | $223.27 | 872,511 |
| | 07/19/2021 | $223.28 | 874,289 | | 08/16/2021 | $223.28 | 875,980 |
| | 09/20/2021 | $223.28 | 877,733 | | 10/18/2021 | $223.27 | 879,479 |
| | 11/17/2021 | $225.65 | 881,192 | | 01/10/2022 | $155.89 | 884,463 |
| | 02/14/2022 | $77.94 | 886,173 | | 03/14/2022 | $155.89 | 887,870 |
| | 09/19/2022 | $73.10 | 897,874 | | 10/17/2022 | $159.02 | 899,523 |
| | 11/14/2022 | $155.06 | 901,089 | | 12/12/2022 | $108.64 | 902,639 |

**CLAIMS AND DISTRIBUTIONS**

**Chapter 13 Case # 19-19962**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,299.09 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,260.00 | 100.00% | 8,260.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AES/PHEAA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | AFNI, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | AMSHER COLLECTION SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 4,250.04 | * | 0.00 | |
| 0015 | BANK OF AMERICA | UNSECURED | 3,688.75 | * | 0.00 | |
| 0024 | CABLE VISION | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 422.62 | 100.00% | 180.73 | |
| 0039 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | CITY OF NEWARK DEPT. OF WATER & SE | SECURED | 332.32 | 100.00% | 142.16 | |
| 0049 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 116.85 | * | 0.00 | |
| 0060 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 488.46 | * | 0.00 | |
| 0067 | HY CITE ENTERPRISES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | KAHUNA PAYMENT SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | M&T BANK | MORTGAGE ARRE | 10,088.34 | 100.00% | 4,423.82 | |
| 0084 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,183.01 | * | 0.00 | |
| 0093 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0102 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,635.07 | * | 0.00 | |
| 0104 | T-MOBILE | UNSECURED | 2,013.24 | * | 0.00 | |
| 0110 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,617.33 | * | 0.00 | |
| 0113 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0115 | WE FLORIDA FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0117 | WELLS FARGO CARD SERVICES | UNSECURED | 9,962.95 | * | 0.00 | |
| 0128 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0129 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 381.40 | * | 0.00 | |
| 0130 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0131 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0133 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 25.00 | * | 0.00 | |
| 0134 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 486.14 | * | 0.00 | |
| 0135 | AT&T MOBILITY II LLC | UNSECURED | 1,655.07 | * | 0.00 | |
| 0136 | DIRECTV LLC | UNSECURED | 515.00 | * | 0.00 | |
| 0137 | M & T MORTGAGE | (NEW) MTG Agree | 21,925.94 | 100.00% | 5,622.18 | |
| 0138 | CAPITAL ONE AUTO FINANCE | (NEW) Auto Agree | 2,873.42 | 100.00% | 1,203.57 | |
| 0139 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 306.00 | 100.00% | 306.00 | |

**Total Paid: $21,437.55**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $22,763.00   -   Paid to Claims: $11,878.46   -   Admin Costs Paid: $9,559.09   =   Funds on Hand: $1,325.45

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.