**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JORGE L PAUTA
   EDNA G FLORES,

Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  19-19962 SLM**

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | CAPITAL ONE AUTO FINANCE |
| Trustee Claim #: | 30 |
| Court Claim #: | 5 |
| Claimed Amount: | $422.62 |
| Date Claim Filed: | 06/20/2019 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Creditor is returning funds without explanation. If funds are no longer owed, amended claim or withdrawal should be filed with Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  August 28, 2025

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

JORGE L PAUTA
EDNA G FLORES
149 ASTOR STREET
1ST FLOOR
NEWARK, NJ    07114

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

CAPITAL ONE AUTO FINANCE
c/o AIS PORTFOLIO SERVICES, LP
PO BOX 4360
HOUSTON, TX    77210

CAPITAL ONE AUTO FINANCE
AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK    73118

MESTER & SCHWARTZ
1333 RACE STREET
PHILADELPHIA, PA    19107