**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JORGE L PAUTA
EDNA G FLORES,

Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  19-19962 SLM

**NOTICE OF RESERVE ON CLAIM**

Creditor:          CAPITAL ONE AUTO FINANCE
Trustee Claim #:    138
Court Claim #:
Claimed Amount:    $2,873.42
Date Claim Filed:

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Trustee is disbursing on post petition amount and fees per Court order of 7/29/20. Creditor has returned funds with no explanation. Court order needs to be amended if amounts are no longer owed.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  September 03, 2025

By:   /S/  Marie-Ann Greenberg
        Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

JORGE L PAUTA
EDNA G FLORES
149 ASTOR STREET
1ST FLOOR
NEWARK, NJ    07114

HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ    07017

CAPITAL ONE AUTO FINANCE
c/o AIS PORTFOLIO SERVICES, LP
PO BOX 4360
HOUSTON, TX    77210

MESTER & SCHWARTZ
1333 RACE STREET
PHILADELPHIA, PA    19107