**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JORGE L PAUTA** |
| Debtor 2 (Spouse, if filing) | **EDNA G FLORES** |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **19-19962** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made          **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of claim holder:**   M&T BANK

**Court claim no.**  (if known):
14

**Last 4 digits** of any number you use to identify the debtor's account     7   4   8   4

**Property Address:**          149 ASTOR ST
NEWARK, NJ  07114

| **Part 2:** | **Statement of Completion** |
|---|---|

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| **Part 3:** | **Arrearages** |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    10,088.34 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    10,088.34 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    21,925.94 |
| d.  Total amount of arrearages disbursed by the trustee: | $    32,014.28 |

| Part 4: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $  21,925.94

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     (d)  $        -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Marie-Ann Greenberg                              Date   06/08/2026
Signature

Trustee     Marie-Ann Greenberg

Address     30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840          Email  mag@magtrustee.com

| Debtor 1 | **JORGE L PAUTA** | Case number *(if known)* **19-19962** |
|---|---|---|
| | Name | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 14 | M&T BANK | 07/20/2020 | 0852612 | Principal (System Check) | 341.10 |
| 14 | M&T BANK | 09/21/2020 | 0856307 | Principal (System Check) | 97.43 |
| 14 | M&T BANK | 10/19/2020 | 0858167 | Principal (System Check) | 219.71 |
| 14 | M&T BANK | 11/16/2020 | 0859954 | Principal (System Check) | 219.72 |
| 14 | M&T BANK | 12/21/2020 | 0861791 | Principal (System Check) | 219.71 |
| 14 | M&T BANK | 01/11/2021 | 0863548 | Principal (System Check) | 219.72 |
| 14 | M&T BANK | 02/22/2021 | 0865293 | Principal (System Check) | 219.71 |
| 14 | M&T BANK | 04/19/2021 | 0868821 | Principal (System Check) | 439.43 |
| 14 | M&T BANK | 05/17/2021 | 0870707 | Principal (System Check) | 219.72 |
| 14 | M&T BANK | 06/21/2021 | 0872511 | Principal (System Check) | 223.27 |
| 14 | M&T BANK | 07/19/2021 | 0874289 | Principal (System Check) | 223.28 |
| 14 | M&T BANK | 08/16/2021 | 0875980 | Principal (System Check) | 223.28 |
| 14 | M&T BANK | 09/20/2021 | 0877733 | Principal (System Check) | 223.28 |
| 14 | M&T BANK | 10/18/2021 | 0879479 | Principal (System Check) | 223.27 |
| 14 | M&T BANK | 11/17/2021 | 0881192 | Principal (System Check) | 225.65 |
| 14 | M&T BANK | 01/10/2022 | 0884463 | Principal (System Check) | 155.89 |
| 14 | M&T BANK | 02/14/2022 | 0886173 | Principal (System Check) | 77.94 |
| 14 | M&T BANK | 03/14/2022 | 0887870 | Principal (System Check) | 155.89 |
| 14 | M&T BANK | 09/19/2022 | 0897874 | Principal (System Check) | 73.10 |
| 14 | M&T BANK | 10/17/2022 | 0899523 | Principal (System Check) | 159.02 |
| 14 | M&T BANK | 11/14/2022 | 0901089 | Principal (System Check) | 155.06 |
| 14 | M&T BANK | 12/12/2022 | 0902639 | Principal (System Check) | 108.64 |
| 14 | M&T BANK | 02/13/2023 | 0905678 | Principal (System Check) | 310.11 |
| 14 | M&T BANK | 03/13/2023 | 0907281 | Principal (System Check) | 155.06 |
| 14 | M&T BANK | 04/17/2023 | 0908895 | Principal (System Check) | 155.06 |
| 14 | M&T BANK | 05/15/2023 | 0910477 | Principal (System Check) | 155.06 |
| 14 | M&T BANK | 06/12/2023 | 0911956 | Principal (System Check) | 154.62 |
| 14 | M&T BANK | 07/17/2023 | 0913479 | Principal (System Check) | 154.54 |
| 14 | M&T BANK | 08/14/2023 | 0914991 | Principal (System Check) | 153.34 |
| 14 | M&T BANK | 09/18/2023 | 0916491 | Principal (System Check) | 153.34 |
| 14 | M&T BANK | 10/16/2023 | 0917964 | Principal (System Check) | 153.34 |
| 14 | M&T BANK | 11/13/2023 | 0919410 | Principal (System Check) | 152.11 |
| 14 | M&T BANK | 12/11/2023 | 0920808 | Principal (System Check) | 150.83 |
| 14 | M&T BANK | 02/12/2024 | 0923567 | Principal (System Check) | 301.67 |
| 14 | M&T BANK | 03/11/2024 | 0925001 | Principal (System Check) | 150.83 |
| 14 | M&T BANK | 04/15/2024 | 0926463 | Principal (System Check) | 150.84 |
| 14 | M&T BANK | 05/10/2024 | 0927902 | Principal (System Check) | 150.83 |
| 14 | M&T BANK | 06/17/2024 | 0929347 | Principal (System Check) | 150.84 |
| 14 | M&T BANK | 07/15/2024 | 0930788 | Principal (System Check) | 150.83 |
| 14 | M&T BANK | 08/19/2024 | 0932233 | Principal (System Check) | 155.75 |
| 14 | M&T BANK | 09/16/2024 | 0933656 | Principal (System Check) | 155.75 |
| 14 | M&T BANK | 10/21/2024 | 0935094 | Principal (System Check) | 155.75 |
| 14 | M&T BANK | 11/18/2024 | 0936549 | Principal (System Check) | 154.11 |
| 14 | M&T BANK | 12/16/2024 | 0937941 | Principal (System Check) | 154.11 |
| 14 | M&T BANK | 01/13/2025 | 0939368 | Principal (System Check) | 154.11 |
| 14 | M&T BANK | 03/17/2025 | 0942130 | Principal (System Check) | 308.23 |
| 14 | M&T BANK | 05/12/2025 | 0945023 | Principal (System Check) | 308.89 |
| 14 | M&T BANK | 06/16/2025 | 0946437 | Principal (System Check) | 156.42 |
| 14 | M&T BANK | 07/14/2025 | 0947894 | Principal (System Check) | 155.75 |
| 14 | M&T BANK | 09/16/2025 | 0950593 | Principal (System Check) | 166.48 |
| 14 | M&T BANK | 10/20/2025 | 0952049 | Principal (System Check) | 153.65 |
| 14 | M&T BANK | 12/15/2025 | 0954910 | Principal (System Check) | 152.04 |
| 14 | M&T BANK | 02/09/2026 | 0957685 | Principal (System Check) | 152.69 |
| 14 | M&T BANK | 03/16/2026 | 0959153 | Principal (System Check) | 277.54 |

Total for Claim Number 14:    10,088.34

**Total for Part 3 - b (Prepetition Arrears):    10,088.34**

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | M & T MORTGAGE | 07/20/2020 | 0852609 | Principal (System Check) | 364.29 |
| | M & T MORTGAGE | 09/21/2020 | 0856304 | Principal (System Check) | 104.06 |
| | M & T MORTGAGE | 10/19/2020 | 0858165 | Principal (System Check) | 234.65 |

| Debtor 1 | **JORGE L PAUTA** | Case number *(if known)* | **19-19962** |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | M & T MORTGAGE | 11/16/2020 | 0859952 | Principal (System Check) | 234.66 |
| | M & T MORTGAGE | 12/21/2020 | 0861788 | Principal (System Check) | 234.65 |
| | M & T MORTGAGE | 01/11/2021 | 0863546 | Principal (System Check) | 234.66 |
| | M & T MORTGAGE | 02/22/2021 | 0865290 | Principal (System Check) | 234.65 |
| | M & T MORTGAGE | 04/19/2021 | 0868818 | Principal (System Check) | 469.31 |
| | M & T MORTGAGE | 05/17/2021 | 0870705 | Principal (System Check) | 234.66 |
| | M & T MORTGAGE | 06/21/2021 | 0872508 | Principal (System Check) | 238.46 |
| | M & T MORTGAGE | 07/19/2021 | 0874286 | Principal (System Check) | 238.46 |
| | M & T MORTGAGE | 08/16/2021 | 0875976 | Principal (System Check) | 238.46 |
| | M & T MORTGAGE | 09/20/2021 | 0877729 | Principal (System Check) | 238.46 |
| | M & T MORTGAGE | 10/18/2021 | 0879475 | Principal (System Check) | 238.46 |
| | M & T MORTGAGE | 11/17/2021 | 0881190 | Principal (System Check) | 241.00 |
| | M & T MORTGAGE | 01/10/2022 | 0884460 | Principal (System Check) | 166.49 |
| | M & T MORTGAGE | 02/14/2022 | 0886170 | Principal (System Check) | 83.24 |
| | M & T MORTGAGE | 03/14/2022 | 0887867 | Principal (System Check) | 166.49 |
| | M & T MORTGAGE | 09/19/2022 | 0897870 | Principal (System Check) | 210.39 |
| | M & T MORTGAGE | 10/17/2022 | 0899521 | Principal (System Check) | 457.69 |
| | M & T MORTGAGE | 11/14/2022 | 0901086 | Principal (System Check) | 446.29 |
| | M & T MORTGAGE | 12/12/2022 | 0902637 | Principal (System Check) | 312.70 |
| | M & T MORTGAGE | 02/13/2023 | 0905676 | Principal (System Check) | 892.58 |
| | M & T MORTGAGE | 03/13/2023 | 0907278 | Principal (System Check) | 446.30 |
| | M & T MORTGAGE | 04/17/2023 | 0908892 | Principal (System Check) | 446.29 |
| | M & T MORTGAGE | 05/15/2023 | 0910474 | Principal (System Check) | 446.29 |
| | M & T MORTGAGE | 06/12/2023 | 0911953 | Principal (System Check) | 445.02 |
| | M & T MORTGAGE | 07/17/2023 | 0913476 | Principal (System Check) | 444.81 |
| | M & T MORTGAGE | 08/14/2023 | 0914989 | Principal (System Check) | 441.35 |
| | M & T MORTGAGE | 09/18/2023 | 0916488 | Principal (System Check) | 441.36 |
| | M & T MORTGAGE | 10/16/2023 | 0917962 | Principal (System Check) | 441.36 |
| | M & T MORTGAGE | 11/13/2023 | 0919407 | Principal (System Check) | 437.81 |
| | M & T MORTGAGE | 12/11/2023 | 0920805 | Principal (System Check) | 434.13 |
| | M & T MORTGAGE | 02/12/2024 | 0923565 | Principal (System Check) | 868.27 |
| | M & T MORTGAGE | 03/11/2024 | 0924999 | Principal (System Check) | 434.13 |
| | M & T MORTGAGE | 04/15/2024 | 0926461 | Principal (System Check) | 434.14 |
| | M & T MORTGAGE | 05/10/2024 | 0927900 | Principal (System Check) | 434.13 |
| | M & T MORTGAGE | 06/17/2024 | 0929345 | Principal (System Check) | 434.14 |
| | M & T MORTGAGE | 07/15/2024 | 0930786 | Principal (System Check) | 434.13 |
| | M & T MORTGAGE | 08/19/2024 | 0932231 | Principal (System Check) | 448.29 |
| | M & T MORTGAGE | 09/16/2024 | 0933654 | Principal (System Check) | 448.29 |
| | M & T MORTGAGE | 10/21/2024 | 0935092 | Principal (System Check) | 448.29 |
| | M & T MORTGAGE | 11/18/2024 | 0936547 | Principal (System Check) | 443.57 |
| | M & T MORTGAGE | 12/16/2024 | 0937939 | Principal (System Check) | 443.57 |
| | M & T MORTGAGE | 01/13/2025 | 0939366 | Principal (System Check) | 443.57 |
| | M & T MORTGAGE | 03/17/2025 | 0942128 | Principal (System Check) | 887.13 |
| | M & T MORTGAGE | 05/12/2025 | 0945021 | Principal (System Check) | 889.04 |
| | M & T MORTGAGE | 06/16/2025 | 0946434 | Principal (System Check) | 450.21 |
| | M & T MORTGAGE | 07/14/2025 | 0947891 | Principal (System Check) | 448.29 |
| | M & T MORTGAGE | 09/16/2025 | 0950590 | Principal (System Check) | 479.17 |
| | M & T MORTGAGE | 10/20/2025 | 0952046 | Principal (System Check) | 442.24 |
| | M & T MORTGAGE | 12/15/2025 | 0954907 | Principal (System Check) | 437.58 |
| | M & T MORTGAGE | 02/09/2026 | 0957682 | Principal (System Check) | 439.46 |
| | M & T MORTGAGE | 03/16/2026 | 0959151 | Principal (System Check) | 798.82 |

|  | |
|---|---|
| Total for Claim Number : | 21,925.94 |

| | |
|---|---|
| **Total for Part 3 - c (Postpetition Arrears):** | **21,925.94** |

| Debtor 1 | **JORGE L PAUTA** | Case number *(if known)* **19-19962** |
|---|---|---|
| | Name | |

**19-19962**

---

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

JORGE L PAUTA
149 ASTOR STREET
1ST FLOOR
NEWARK, NJ  07114

EDNA G FLORES

M & T BANK
PO BOX 840
BUFFALO, NY  14203-1495

KML LAW GROUP
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA  19106

M&T BANK
ATTN: PAYMENT PROCESSING
PO BOX 1288
BUFFALO, NY  14240

---

Service to the following is effective through electronic means pursuant to Fed. R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

HERBERT B. RAYMOND,
ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Date:      June 08, 2026

/s/ Charles DArrigo

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550