Certificate Number: 20476-NJ-DE-041098032

Bankruptcy Case Number: 19-19962

20476-NJ-DE-041098032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2026, at 2:51 o'clock PM EDT, Edna G Flores completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 15, 2026

By: /s/Scott E Kehiaian

Name: Scott E Kehiaian

Title: TEN Representative