**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JORGE L PAUTA
EDNA G FLORES,

                           **Debtors**

Case No.:  19-19962 SLM

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $311.95, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    CAPITAL ONE AUTO FINANCE
                         c/o AIS PORTFOLIO SERVICES, LP
                         PO BOX 4360
                         HOUSTON, TX  77210

Amount:                  $311.95

Trustee Claim Number:    138

Reason:                  RETURNING FUNDS

By:  /S/  Marie-Ann Greenberg

Dated:  June 15, 2026                 MARIE-ANN GREENBERG
                                      CHAPTER 13 STANDING TRUSTEE