Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–19962–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jorge L Pauta
149 Astor Street
1st Floor
Newark, NJ 07114

Edna G Flores
149 Astor Street
1st Floor
Newark, NJ 07114

Social Security No.:
xxx–xx–7526

xxx–xx–4489

Employer's Tax I.D. No.:

---

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

TO: Jorge L Pauta and Edna G Flores
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: July 7, 2026
JAN: dlr

Jeanne Naughton, Clerk