**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jorge L Pauta<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7526 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Edna G Flores<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4489 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–19962–SLM | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jorge L Pauta

Edna G Flores

8/25/26

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Jorge L Pauta
Edna G Flores
Debtors

Case No. 19-19962-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 8
Date Rcvd: Aug 25, 2026 Form ID: 3180W Total Noticed: 150

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Jorge L Pauta, Edna G Flores, 149 Astor Street, 1st Floor, Newark, NJ 07114-2711 |
| 518957142 | + | 1 Turnpike Plaza, Woodbridge, NJ 07095-1229 |
| 518249501 | + | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518249504 | | Bank of America, PO Box 220411, Greensboro, NC 27420 |
| 521254034 | | CAPITAL ONE AUTO FINANCE, a Division of Capital On, c/o AIS Portfolio Services, LLC, PO Box 661381, Dallas, TX 75266-1381 |
| 518249510 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 518249528 | + | Citicards, PO Box 183068, Columbus, OH 43218-3068 |
| 518249532 | + | City of Newark, PO Box 538, Water / Sewer Accounting, Newark, NJ 07101-0538 |
| 518249533 | + | City of Newark / Water, PO Box 64000, Newark, NJ 07101-8068 |
| 518249534 | + | City of Newark Dept. of Water & Sewer, Law Dept. RM 316, 920 Broad Street, Newark, NJ 07102-2672 |
| 518249545 | + | EZ Violations Bureau, P0 Box 52005, Newark, NJ 07101-8205 |
| 518249546 | | First Premier, PO Box 5507, Sioux Falls, SD 57117 |
| 518249601 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518249602 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518249603 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518249604 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 518249562 | + | Kahuna Payment Solutions, Attn: Bankruptcy Department, 2714 Mcgraw Drive, Bloomington, IL 61704-6012 |
| 518249563 | + | Kahuna Payment Solutions, 1602 Tullamore Avenue, Bloomington, IL 61704-9624 |
| 518249581 | | PHEAA, PO Box 8147, Philadelphia, PA 19102 |
| 518249595 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518249594 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 518249593 | + | Summit Medical Group, Business Operations, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 518249613 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 518249612 | + | We Florida Financial, P0 Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 26 2026 01:11:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 01:11:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Aug 26 2026 01:11:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518249486 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2026 21:48:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518249497 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2026 21:49:00 | American Honda Finance, Attn: Bankruptcy, P0 Box 168088, Irving, TX 75016 |
| 518274805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2026 21:49:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518249554 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2026 21:49:00 | Honda, National Service Center, PO Box 165378, Irving, TX 75016 |
| 518249553 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2026 21:49:00 | Honda, PO Box 65507, Wilmington, DE 19808 |
| 518249556 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2026 21:49:00 | Honda Finance, PO Box 7829, Philadelphia, PA 19101-7870 |
| 518249500 | + | EDI: ATTWIREBK.COM | Aug 26 2026 01:10:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 518346958 | + | EDI: ATTWIREBK.COM | Aug 26 2026 01:10:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518249488 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2026 21:48:00 | Aes/Pheaa, P0 Box 61047, Harrisburg, PA 17106-1047 |
| 518249487 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2026 21:48:00 | Aes/Pheaa, Attn: Bankruptcy Department, P0 Box 2461, Harrisburg, PA 17105-2461 |
| 518249489 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 25 2026 21:52:21 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249490 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 25 2026 21:52:09 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249494 | + | Email/Text: EBNProcessing@afni.com | Aug 25 2026 21:49:00 | Afni, PO Box 3427, Bloomington, IL 61702-3427 |
| 518249493 | + | Email/Text: EBNProcessing@afni.com | Aug 25 2026 21:49:00 | Afni, 404 Brook Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 518249496 | + | Email/Text: EBNProcessing@afni.com | Aug 25 2026 21:49:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 518249495 | + | Email/Text: EBNProcessing@afni.com | Aug 25 2026 21:49:00 | Afni, Inc., Attn: Bankruptcy, P0 Box 3427, Bloomington, IL 61702-3427 |
| 518249499 | + | Email/Text: bsimmons@amsher.com | Aug 25 2026 21:49:00 | AmSher Collection Service, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 518249498 | + | Email/Text: bsimmons@amsher.com | Aug 25 2026 21:49:00 | AmSher Collection Service, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 518317806 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518249508 | | EDI: BANKAMER | Aug 26 2026 01:10:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518249507 | | EDI: BANKAMER | Aug 26 2026 01:10:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 518249503 | + | EDI: BANKAMER | Aug 26 2026 01:10:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518249502 | + | EDI: BANKAMER | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 01:10:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518249505 | + | EDI: BANKAMER2 | Aug 26 2026 01:11:00 | Bank of America, 100 North Tron Street, Charlotte, NC 28255-0001 |
| 518249506 | + | EDI: BANKAMER | Aug 26 2026 01:10:00 | Bank of America, Attn: Bankruptcy, PO Box 26012, Greensboro, NC 27420-6012 |
| 518293583 | + | EDI: BANKAMER2 | Aug 26 2026 01:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 521254036 | + | EDI: AISACG.COM | Aug 26 2026 01:11:00 | CAPITAL ONE AUTO FINANCE, AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON TX 77210-4360 |
| 518249518 | + | Email/Text: esther@cbhv.com | Aug 25 2026 21:49:00 | CB/ HV, P0 Box 831, Newburgh, NY 12551-0831 |
| 518249519 | + | Email/Text: esther@cbhv.com | Aug 25 2026 21:49:00 | CB/ HV, 155 North Plank Road, PO Box 831, Newburgh, NY 12551-0831 |
| 518249530 | | EDI: CITICORP | Aug 26 2026 01:10:00 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 518249509 | + | Email/Text: bcwrtoff@cablevision.com | Aug 25 2026 21:49:00 | Cable Vision, 360 Central Avenue, Newark, NJ 07103-2808 |
| 518249511 | | Email/Text: bcwrtoff@cablevision.com | Aug 25 2026 21:49:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 518249513 | + | EDI: CAPONEAUTO.COM | Aug 26 2026 01:11:00 | Capital One Auto, P0 Box 260848, Plano, TX 75026-0848 |
| 518249512 | + | EDI: CAPONEAUTO.COM | Aug 26 2026 01:11:00 | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249516 | + | EDI: CAPONEAUTO.COM | Aug 26 2026 01:11:00 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518249515 | + | EDI: CAPONEAUTO.COM | Aug 26 2026 01:11:00 | Capital One Auto Finance, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 518249517 | + | EDI: CAPONEAUTO.COM | Aug 26 2026 01:11:00 | Capital One Auto Finance, 3901 N Dallas Parkway, Plano, TX 75093-7864 |
| 518259935 | + | EDI: AISACG.COM | Aug 26 2026 01:11:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518312673 | + | EDI: AISACG.COM | Aug 26 2026 01:11:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518249520 | + | EDI: JPMORGANCHASE | Aug 26 2026 01:10:00 | Chase Auto Finance, Attn: Bankruptcy, P0 Box 901076, Fort Worth, TX 76101-2076 |
| 518249521 | + | EDI: JPMORGANCHASE | Aug 26 2026 01:10:00 | Chase Auto Finance, P0 Box 901003, Ft Worth, TX 76101-2003 |
| 518249522 | + | EDI: JPMORGANCHASE | Aug 26 2026 01:10:00 | Chase Bank, PO Box 15153, Wilmington, DE 19886-5153 |
| 518249523 | + | EDI: JPMORGANCHASE | Aug 26 2026 01:10:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265-9732 |
| 518249526 | | EDI: CITICORP | Aug 26 2026 01:10:00 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 518249525 | + | EDI: CITICORP | Aug 26 2026 01:10:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518249524 | + | EDI: CITICORP | Aug 26 2026 01:10:00 | Citibank, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 518249527 | + | EDI: CITICORP | Aug 26 2026 01:10:00 | Citibank/The Home Depot, Attn: Centralized Bankruptcy, P0 Box 790034, St Louis, MO |

| | | | | |
|---|---|---|---|---|
| | | | | 63179-0034 |
| 518249529 | + | EDI: CITICORP | Aug 26 2026 01:10:00 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 518249531 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Aug 25 2026 21:49:00 | City of Newark, Division of Water Accounting and Cust. S, 920 Broad Street, Rm. 117, Newark, NJ 07102-2609 |
| 518249535 | + | EDI: WFNNB.COM | Aug 26 2026 01:11:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 518249537 | + | EDI: WFNNB.COM | Aug 26 2026 01:11:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 518249536 | + | EDI: WFNNB.COM | Aug 26 2026 01:11:00 | Comenity Bank, Attn: Bankruptcy Department, P0 Box 182125, Columbus, OH 43218-2125 |
| 518249538 | + | EDI: WFNNB.COM | Aug 26 2026 01:11:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518249539 | + | EDI: CONVERGENT.COM | Aug 26 2026 01:11:00 | Convergant Inc., PO Box 9021, 800 SW 39th Street, Renton, WA 98057-4927 |
| 518249540 | + | EDI: CONVERGENT.COM | Aug 26 2026 01:11:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 518356267 | + | EDI: AIS.COM | Aug 26 2026 01:11:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249541 | | Email/Text: bankruptcydepartment@tsico.com | Aug 25 2026 21:49:00 | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 518249543 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 25 2026 21:48:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114-9801 |
| 518249542 | ^ | MEBN | Aug 25 2026 21:39:35 | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 518249551 | + | EDI: AMINFOFP.COM | Aug 26 2026 01:11:00 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 518249550 | | EDI: AMINFOFP.COM | Aug 26 2026 01:11:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518249549 | + | EDI: AMINFOFP.COM | Aug 26 2026 01:11:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249547 | + | EDI: AMINFOFP.COM | Aug 26 2026 01:11:00 | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249557 | | Email/Text: bankruptcynotices@hycite.com | Aug 25 2026 21:48:00 | Hy Cite Enterprises, LLC, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713 |
| 518249558 | | Email/Text: bankruptcynotices@hycite.com | Aug 25 2026 21:48:00 | Hy Cite Enterprises, LLC/Royal Prestige, 333 Holtzman Rd, Madison, WI 53713 |
| 518249559 | | Email/Text: bankruptcynotices@hycite.com | Aug 25 2026 21:48:00 | Hy Cite Finance, 333 Holtzman Road, Madison, WI 53713 |
| 518249555 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2026 21:49:00 | Honda Finance, PO Box 7870, Philadelphia, PA 19101-7870 |
| 518249560 | + | EDI: LCIICSYSTEM | Aug 26 2026 01:10:00 | IC Systems, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 518249561 | + | EDI: LCIICSYSTEM | Aug 26 2026 01:10:00 | IC Systems, 444 Highway 96 East, PO Box 64887, Saint Paul, MN 55164-0887 |
| 518249601 | | EDI: JCTM | Aug 26 2026 01:11:00 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 518249602 | | EDI: JCTM | Aug 26 2026 01:11:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 518249603 | | EDI: JCTM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 01:11:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 518249604 | | EDI: JCTM | Aug 26 2026 01:11:00 | T-Mobile Financial, P0 Box 2400, Young America, MN 55553 |
| 518369868 | ^ | MEBN | Aug 25 2026 21:37:49 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518249567 | + | Email/Text: camanagement@mtb.com | Aug 25 2026 21:49:00 | M & T Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 518249568 | | Email/Text: camanagement@mtb.com | Aug 25 2026 21:49:00 | M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249564 | | Email/Text: camanagement@mtb.com | Aug 25 2026 21:49:00 | M & T Bank, Attn: Bankruptcy, P0 Box 844, Buffalo, NY 14240 |
| 518249566 | | Email/Text: camanagement@mtb.com | Aug 25 2026 21:49:00 | M & T Bank, One Fountain Place, 3rd Floor, Buffalo, NY 14203 |
| 518249565 | | Email/Text: camanagement@mtb.com | Aug 25 2026 21:49:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518249571 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 21:49:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 518249570 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 21:49:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 518249572 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 21:49:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 518249573 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 25 2026 21:48:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 518249544 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 25 2026 21:48:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 518249574 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518270173 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518249577 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518249576 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | Onemain, PO Box 9001122, Louisville, KY 40290-1122 |
| 518249575 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518249578 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | Onemain Financial, P0 Box 499, Hanover, MD 21076-0499 |
| 518249580 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | Onemain Financial, 655 Kearny Avenue, Suite 101, Kearny, NJ 07032-2942 |
| 518249579 | + | EDI: AGFINANCE.COM | Aug 26 2026 01:10:00 | Onemain Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 518370316 | | EDI: PRA.COM | Aug 26 2026 01:11:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370317 | | EDI: PRA.COM | Aug 26 2026 01:11:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518370360 | | EDI: PRA.COM | Aug 26 2026 01:11:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518249582 | | Email/Text: signed.order@pfwattorneys.com | Aug 25 2026 21:48:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 518323844 | + | EDI: JEFFERSONCAP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 01:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518249583 | + | Email/Text: clientservices@simonsagency.com | Aug 25 2026 21:49:00 | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249587 | + | Email/Text: clientservices@simonsagency.com | Aug 25 2026 21:49:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249591 | + | Email/Text: clientservices@simonsagency.com | Aug 25 2026 21:49:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 518249592 | + | Email/Text: clientservices@simonsagency.com | Aug 25 2026 21:49:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518249598 | + | EDI: SYNC | Aug 26 2026 01:10:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518249596 | + | EDI: SYNC | Aug 26 2026 01:10:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518249597 | + | EDI: SYNC | Aug 26 2026 01:10:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 518252042 | + | EDI: PRA.COM | Aug 26 2026 01:11:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518249599 | + | EDI: SYNC | Aug 26 2026 01:10:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 518249600 | + | EDI: SYNC | Aug 26 2026 01:10:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518263729 | + | EDI: AIS.COM | Aug 26 2026 01:11:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518350428 | + | EDI: AIS.COM | Aug 26 2026 01:11:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518249605 | + | EDI: VERIZONCOMB.COM | Aug 26 2026 01:11:00 | Verizon, P0 Box 15124, Albany, NY 12212-5124 |
| 518249606 | + | EDI: VERIZONCOMB.COM | Aug 26 2026 01:11:00 | Verizon Bankruptcy, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 518249607 | + | EDI: VERIZONCOMB.COM | Aug 26 2026 01:11:00 | Verizon Bankruptcy South, PO Box 25087, Wilmington, DE 19899-5087 |
| 518249608 | + | EDI: VERIZONCOMB.COM | Aug 26 2026 01:11:00 | Verizon Online, PO Box 12045, Trenton, NJ 08650-2045 |
| 518249609 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 25 2026 21:48:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 518249610 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 25 2026 21:48:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 518249611 | | Email/Text: membersolutions@wefloridafinancial.com | Aug 25 2026 21:48:00 | We Florida Financial, Attn: Bankruptcy, P0 Box 14548, Fort Lauderdale, FL 33302 |
| 518249616 | | EDI: WFFC | Aug 26 2026 01:11:00 | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 518249618 | + | EDI: WFFC | Aug 26 2026 01:11:00 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 518249615 | + | EDI: WFFC | Aug 26 2026 01:11:00 | Wells Fargo Bank, Attn: Collections Manager, 7000 Vista Drive, West Des Moines, IA 50266-9319 |
| 518249617 | + | EDI: WFFC | Aug 26 2026 01:11:00 | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 518249614 | | EDI: WFFC2 | | |

| | | | |
|---|---|---|---|
| | | Aug 26 2026 01:10:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 518347140 | EDI: WFCCSBK | Aug 26 2026 01:10:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518249619 | EDI: WFCCSBK | Aug 26 2026 01:10:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 518249621 | + EDI: WFCCSBK | Aug 26 2026 01:10:00 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518249620 | + EDI: WFFC | Aug 26 2026 01:11:00 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 130

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518249492 | *+ | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 518249491 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518249514 | *+ | Capital One Auto, PO Box 261930, Plano, TX 75026-1930 |
| 518249552 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518249548 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 518249569 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Mortgage Corp., 1 Fountain Plaza, Buffalo, NY 14240 |
| 518249584 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249585 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249586 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, P0 Box 5026, Syracuse, NY 13220-5026 |
| 518249588 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249589 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518249590 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Joint Debtor Edna G Flores herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Herbert B. Raymond | on behalf of Debtor Jorge L Pauta herbertraymond@gmail.com |

| | |
|---|---|
| | raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Phillip Andrew Raymond | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9